IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, ) | |
| ) | C.A. No. 06-188 |
| Plaintiff, ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| HOENEN & MITCHELL, INC., a Delaware) | |
| corporation, BELLA VISTA ) | |
| DEVELOPMENT, LLC, a Virginia ) | |
| corporation, BELLA VISTA TOWNHOME ) | |
| CONDOMINIUM ASSOCIATION, INC., a ) | |
| Delaware Corporation, RE/MAX REALTY ) | |
| GROUP, a Delaware franchise, and ) | |
| WILLIAM J. MITCHELL, a individual, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Stephen P. Casarino, Esquire, Casarino, Christman & Shalk, as attorney for defendant Bella Vista Development, LLC and Bella Vista Townhome Condominium Association, Inc. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. The defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defects which may be available.

CASARINO, CHRISTMAN & SHALK

   /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Bella Vista
Development, LLC and Bella Vista Townhome
Dated: March 30, 2006                    Condominium Association, Inc.

## CERTIFICATION OF SERVICE

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, Delaware on this 30th day of March, 2006 two true and correct copies of the attached Entry of Appearance to:

>Andrea G. Green, Esquire
>I.D. No. 2487
>Doroshow, Pasquale, Krawitz & Bhaya
>213 East DuPont Highway
>Millsboro, DE 19966

CASARINO, CHRISTMAN & SHALK

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Bella Vista Development, LLC and Bella Vista Townhome Condominium Association, Inc.