## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, ) | |
| ) | C.A. No. 06-188 |
| Plaintiff, ) | |
| v. ) | |
| ) | NON-ARBITRATION CASE |
| ) | |
| HOENEN & MITCHELL, INC., a Delaware ) | |
| corporation, BELLA VISTA ) | JURY TRIAL DEMANDED |
| DEVELOPMENT, LLC, a Virginia ) | |
| corporation, BELLA VISTA TOWNHOME ) | |
| CONDOMINIUM ASSOCIATION, INC., a ) | |
| Delaware Corporation, RE/MAX REALTY ) | |
| GROUP, a Delaware franchise, and ) | |
| WILLIAM J. MITCHELL, a individual, ) | |
| ) | |
| Defendants. ) | |

**REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF**

The defendant requests the plaintiff to produce for examination and copying at the offices of Casarino, Christman & Shalk, P.A., on or before thirty (30) days from the date of receipt of this request, the following items:

1. All documents, writings, electronic files, computer documents, transcripts or statements, photos, and audio or video recordings in your possession, custody, or control upon which you base, or upon which you rely to support your responses to any of the accompanying interrogatories.

2. All documents, writings, electronic files, computer documents, transcripts or statements, photos, and audio or video recordings in your possession, custody, or control which you have identified in your responses to the accompanying interrogatories.

3. All electronic files or records such as E-mails, computer entries or logs, computer files, etc. that have been filed or entered in relation to the events that resulted in this litigation. If you claim that the file or record is privileged, identify the file or record and state the nature of the privilege.

4. All items not previously produced but required to be produced pursuant to Superior Court Civil Rule 3(a).

5. The curriculum vitae or resume of all expert witnesses identified in the accompanying interrogatories.

6. Reports or writings of all experts identified in your answers to interrogatories.

   /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
CASARINO, CHRISTMAN & SHALK, P.A.
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant Bella Vista Development, LLC

DATED: April 11, 2006