## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, ) | |
| ) | C.A. No. 06-188 |
| Plaintiff, ) | |
| v. ) | |
| ) | NON-ARBITRATION CASE |
| ) | |
| HOENEN & MITCHELL, INC., a Delaware) | |
| corporation, BELLA VISTA ) | JURY TRIAL DEMANDED |
| DEVELOPMENT, LLC, a Virginia ) | |
| corporation, BELLA VISTA TOWNHOME ) | |
| CONDOMINIUM ASSOCIATION, INC., a ) | |
| Delaware Corporation, RE/MAX REALTY ) | |
| GROUP, a Delaware franchise, and ) | |
| WILLIAM J. MITCHELL, a individual, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

I, Stephen P. Casarino, hereby state that on this 11<u>th</u> day of April, 2006, I have had efiled 800 N. King Street, Wilmington, Delaware, 19801, true and correct copies of the Defendant's Interrogatories Directed to Plaintiff and Defendant's Request for Production of Documents Directed to Plaintiff to:

Andrea G. Green, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East DuPont Highway
Millsboro, DE 19966

       /s/ Stephen P. Casarino,
STEPHEN P. CASARINO, ESQ.
CASARINO, CHRISTMAN & SHALK
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302)-594-4500
Attorney for Defendant Bella Vista Development LLC