# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual,    ) | |
| ) | C.A. No. 06-188 |
| Plaintiff,    ) | |
| v.    ) | |
| ) | NON-ARBITRATION CASE |
| ) | |
| HOENEN & MITCHELL, INC., a Delaware ) | |
| corporation, BELLA VISTA    ) | JURY TRIAL DEMANDED |
| DEVELOPMENT, LLC, a Virginia    ) | |
| corporation, BELLA VISTA TOWNHOME ) | |
| CONDOMINIUM ASSOCIATION, INC., a ) | |
| Delaware Corporation, RE/MAX REALTY ) | |
| GROUP, a Delaware franchise, and    ) | |
| WILLIAM J. MITCHELL, a individual,    ) | |
| ) | |
| Defendants.    ) | |

## **WITHDRAWAL OF APPEARANCE**

Stephen P. Casarino hereby withdraws his appearance as attorney for defendant, Bella Vista Townhome Condominium Association, Inc.

                                                        CASARINO, CHRISTMAN & SHALK

                                                        /s/ Stephen P. Casarino
                                                        STEPHEN P. CASARINO, ESQUIRE
                                                        I.D. No. 174
                                                        800 North King Street, Suite 200
                                                        P.O. Box 1276
                                                        Wilmington, DE 19899
                                                        (302) 594-4500
                                                        Attorney for Defendant Bella Vista
                                                        Development, LLC

Dated: April 11, 2006

**CERTIFICATION OF SERVICE**

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, Delaware on this 11th day of April, 2006 two true and correct copies of the attached Withdrawal of Appearance to:

Andrea G. Green, Esquire<br>
Doroshow, Pasquale, Krawitz & Bhaya<br>
213 East DuPont Highway<br>
Millsboro, DE 19966

CASARINO, CHRISTMAN & SHALK

  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Bella Vista Development, LLC