# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual,   ) | |
| ) | C.A. No. 06-188 |
| Plaintiff,   ) | |
| v.   ) | |
| ) | NON-ARBITRATION CASE |
| ) | |
| HOENEN & MITCHELL, INC., a Delaware) | |
| corporation, BELLA VISTA   ) | JURY TRIAL DEMANDED |
| DEVELOPMENT, LLC, a Virginia   ) | |
| corporation, BELLA VISTA TOWNHOME   ) | |
| CONDOMINIUM ASSOCIATION, INC., a   ) | |
| Delaware Corporation, RE/MAX REALTY   ) | |
| GROUP, a Delaware franchise, and   ) | |
| WILLIAM J. MITCHELL, a individual,   ) | |
| ) | |
| Defendants.   ) | |

## NOTICE OF DEPOSITION

TO:   Andrea G. Green, Esquire
    Doroshow, Pasquale, Krawitz & Bhaya
    213 East DuPont Highway
    Millsboro, DE 19966

   PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of

Sandra E. Fluck on July 14, 2006 at 10:00 a.m. in the offices of Casarino, Christman & Shalk, 800

N. King Street, Suite 200, Wilmington, Delaware.

                            CASARINO, CHRISTMAN & SHALK

                              /s/ Stephen P. Casarino
                            STEPHEN P. CASARINO, ESQUIRE
                            I.D. No. 174
                            800 North King Street, Suite 200
                            P.O. Box 1276
                            Wilmington, DE 19899
                            (302) 594-4500
                            Attorney for Defendant Bella Vista

Date: April 13, 2006                                  Development, LLC
cc:     Hawkins Reporting Service

**CERTIFICATION OF SERVICE**

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, Delaware on this 13th day of April, 2006 a true and correct copies of the Notice of Deposition to:

>Andrea G. Green, Esquire
>Doroshow, Pasquale, Krawitz & Bhaya
>213 East DuPont Highway
>Millsboro, DE 19966

CASARINO, CHRISTMAN & SHALK

  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Bella Vista Development, LLC