IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | : |
| | : C.A. No.: 06-188-GMS |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| HOENEN & MITCHELL, INC., a | : JURY DEMAND OF SIX |
| Delaware corporation, BELLA VISTA | : |
| DEVELOPMENT, LLC, a Virginia | : |
| corporation, BELLA VISTA TOWNHOME | : |
| CONDOMINIUM ASSOCIATION, INC., a | : |
| Delaware corporation, RE/MAX REALTY | : |
| GROUP, a Delaware franchise, and | : |
| WILLIAM J. MITCHELL, an individual, | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, this 7th day of June 2006, the Court having heard and considered Plaintiff's Motion to Amend Complaint, *and there being no opposition*

IT IS HEREBY ORDERED that plaintiff's Motion be GRANTED. Plaintiff is granted leave of the court to amend the Complaint to add the defendant, Wayne Mitchell and to remove the defendant, Hoenen & Mitchell, Inc.

_____
Judge