IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, : | **C.A. No.: 06-188 GMS** |
| Plaintiff, : | |
| : | **DEMAND FOR JURY TRIAL** |
| v. : | |
| : | |
| BELLA VISTA DEVELOPMENT, LLC, a : | |
| Virginia corporation, BELLA VISTA : | |
| TOWNHOME CONDOMINIUM : | |
| ASSOCIATION, INC., a Delaware : | |
| corporation, RE/MAX REALTY GROUP, a : | |
| Delaware franchise, WILLIAM J. : | |
| MITCHELL, an individual, and WAYNE | |
| MITCHELL, an individual, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, JENNIFER S. DONAHUE, ESQ., hereby state that on this 23 day of June, 2006, I have forwarded via regular mail, true and correct copies of the Plaintiff's Answers to Interrogatories Directed to Plaintiff and Request for Production of Documents Directed to Plaintiff to:

Stephen Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

        DOROSHOW, PASQUALE,
        KRAWITZ, & BHAYA

By: _____
        /s/ ANDREA G. GREEN, ESQUIRE
        Attorney I.D. 2487
        /s/ JENNIFER S.DONAHUE,ESQUIRE
        Attorney I.D. 4700
        213 E. Dupont Highway
        Millsboro, Delaware 19966
        (302) 934-9400
        Attorney for Plaintiff

DATED: June 23, 2006