IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | : C.A. No.: 06-188-GMS |
| | : |
| Plaintiff, | : |
| | : **JURY TRIAL DEMANDED** |
| v. | : |
| | : |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | : |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, JENNIFER S. DONAHUE, ESQUIRE, hereby certify that I have this 23rd day of June, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:
Plaintiff's Interrogatories Directed to Defendant, Bella Vista Development, LLC
Plaintiff's Request for Production Directed to Defendant, Bella Vista Development, LLC

PERSON:
Stephen Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899

DOROSHOW, PASQUALE,
KRAWITZ, & BHAYA

By: /s/ ANDREA G. GREEN, ESQUIRE
Attorney I.D. 2487
/s/ JENNIFER S. DONAHUE, ESQUIRE
Attorney I.D. 4700
213 E. Dupont Highway
Millsboro, Delaware 19966
(302) 934-9400
Attorney for Plaintiff

DATED: June 23, 2006