%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

FLUCK v. Bella Vista Development LLC, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:06-CV-188 GMS

TO: (Name and address of Defendant)

Wayne Mitchell
317 Rehoboth Avenue
Rehoboth Beach, DE 19971

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE  6/13/06

AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>6/26/2006 @ 8:16 a.m. |
| NAME OF SERVER (PRINT)<br>Jason Glenn | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Wayne Mitchell was effectuated being personally accepted by William Mitchell at 317 Rehoboth Avenue, Rehoboth Beach, DE 19971.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/5/2006___
            Date

Signature of Server

2000 Pennsylvania Ave., # 207, Wilmington, DE 19806
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

﹩AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Fluck v. Bella Vista Development LLC et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06-CV-188 GMS

TO: (Name and address of Defendant)

William J. Mitchell
317 Rehoboth Avenue
Rehoboth Beach DE 19971

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrea G. Green, Esquire
213 E. Dupont Hwy
Millsboro DE 19966

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              MAY 0 2 2006

CLERK                                         DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me[1] || DATE<br>6/26/2006 @ 8:16 a.m. |
| NAME OF SERVER *(PRINT)*<br>Jason Glenn || TITLE<br>Process Server |
| Check *one box below to indicate appropriate method of service* |||

[X] Served personally upon the defendant. Place where served:   317 Rehoboth Avenue, Rehoboth Beach, DE 19971

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/5/2006
                    Date                          Signature of Server

2000 Pennsylvania Ave., # 207, Wilmington, DE 19806
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Fluck v. Bella Vista Development LLC, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:06-cv-188 GMS

TO: (Name and address of Defendant)

Re/Max Realty Group
C/o William J. Mitchell
317 Rehoboth Avenue
Rehoboth Beach, DE 19971

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrea G. Green, Esquire
213 E. Dupont Hwy
Millsboro DE 19966

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

MAY 02 2006

CLERK

DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>6/26/2006 @ 8:16 a.m. |
| NAME OF SERVER *(PRINT)*<br>Jason Glenn | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Re/Max Realty Group was effectuated by serving William J. Mitchell at 317 Rehoboth Avenue, Rehoboth, DE 19971, being personally accepted by William Mitchell.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/5/2006___
                Date

Signature of Server: *Jason Glenn*

2000 Pennsylvania Ave., # 207, Wilmington, DE 19806
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of ____Delaware____

**SUMMONS IN A CIVIL CASE**

Fluck  v.  Bella Vista Development LLC, et al.

CASE NUMBER: 1:06-cv-188 GMS

TO: (Name and address of Defendant) Bella Vista Townhome Condominium Assoc. Inc.
Dover Delaware Incorporators
C/o Brandon Jones, Esquire
309 Rehoboth Avenue, PO Box P
Rehoboth Beach DE 19971

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrea G. Green, Esquire
213 E. Dupont Highway
Millsboro DE 19966

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO         MAY 1 5 2006

CLERK                   DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 6/26/2006 @ 7:54 a.m. |
| NAME OF SERVER (PRINT)<br>Jason Glenn | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Bella Vista Townhome Condominium Assoc. Inc. was effectuated by serving Dover Delaware Incorporators at 309 Rehoboth Avenue, Rehoboth, DE 19971, being personally accepted by Lisa Wingo.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/5/2006___
           Date

Signature of Server: *Jason Glenn*

2000 Pennsylvania Ave., # 207, Wilmington, DE 19806
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.