# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, ) | |
| ) | C.A. No. 06-188 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | |
| HOENEN & MITCHELL, INC., a Delaware) | |
| corporation, BELLA VISTA ) | JURY TRIAL DEMANDED |
| DEVELOPMENT, LLC, a Virginia ) | |
| corporation, BELLA VISTA TOWNHOME ) | |
| CONDOMINIUM ASSOCIATION, INC., a ) | |
| Delaware Corporation, RE/MAX REALTY ) | |
| GROUP, a Delaware franchise, ) | |
| WILLIAM J. MITCHELL, individually, ) | |
| and WAYNE MITCHELL, individually, ) | |
| ) | |
| Defendants. ) | |

## ANSWER OF BELLA VISTA DEVELOPMENT, LLC
## AND WAYNE MITCHELL TO AMENDED COMPLAINT

1. Defendants have insufficient information to admit or deny the averment.

2. Admitted.

3. Admitted.

4. Defendants have insufficient information to admit or deny the averment.

5. Defendants have insufficient information to admit or deny the averment.

6. Denied.

### Jurisdiction

7. Defendants repeat answers to paragraphs 1-6.

8. Defendants have insufficient information to admit or deny the averment.

### Factual Allegations