# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, ) | |
| ) | C.A. No. 06-188 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | |
| HOENEN & MITCHELL, INC., a Delaware) | |
| corporation, BELLA VISTA ) | JURY TRIAL DEMANDED |
| DEVELOPMENT, LLC, a Virginia ) | |
| corporation, BELLA VISTA TOWNHOME ) | |
| CONDOMINIUM ASSOCIATION, INC., a ) | |
| Delaware Corporation, RE/MAX REALTY ) | |
| GROUP, a Delaware franchise, ) | |
| WILLIAM J. MITCHELL, individually, ) | |
| and WAYNE MITCHELL, individually, ) | |
| ) | |
| Defendants. ) | |

## ANSWER OF BELLA VISTA DEVELOPMENT, LLC
## AND WAYNE MITCHELL TO AMENDED COMPLAINT

1. Defendants have insufficient information to admit or deny the averment.

2. Admitted.

3. Admitted.

4. Defendants have insufficient information to admit or deny the averment.

5. Defendants have insufficient information to admit or deny the averment.

6. Denied.

### Jurisdiction

7. Defendants repeat answers to paragraphs 1-6.

8. Defendants have insufficient information to admit or deny the averment.

### Factual Allegations

9. Defendants repeat answers to paragraphs 1-8.

10. Denied.

11. It is admitted the Remax Realty was the agent for the property. It is further admitted that the defendant Mitchell was an agent at Remax Realty. Defendants have insufficient information to admit or deny the balance of the averment.

12. Denied.

13. It is admitted that Bella Vista Development was the developer of the premises. The balance of the averment is denied.

14. Denied.

## COUNT I

15. Defendants repeat answers to paragraphs 1-14.

16. Denied.

17. Denied.

## COUNT II

18. Defendants repeat answers to paragraphs 1-17.

19. Denied.

20. Denied.

## COUNT III

21. Defendants repeat answers to paragraphs 1-20.

22. Denied.

23. Denied.

## COUNT IV

24. Defendants repeat answers to paragraphs 1-23.

25. Defendants have insufficient information to admit or deny the averment.

26. Defendants have insufficient information to admit or deny the averment.

27. Defendants have insufficient information to admit or deny the averment.

## COUNT V

28. Defendant repeats answers to paragraphs 1-27.

29. Denied.

30. Denied.

## COUNT VI

31. Defendants repeat answers to paragraphs 1-30.

32. Denied.

33. Defendants have insufficient information to admit or deny the averment.

34. Denied.

35. Defendants have insufficient information to admit or deny the averment.

36. Denied.

37. Defendants have insufficient information to admit or deny the averment.

## AFFIRMATIVE DEFENSES

38. The complaint fails to state a cause of action against the answering defendants.

39. The accident was caused by the negligence of the plaintiff in that she failed to

to maintain a proper lookout for her own safety.

## CROSSCLAIMS

40. Should there be any basis of liability against the answering defendants, they are entitled to contribution from all defendants found liable.

                                                CASARINO, CHRISTMAN & SHALK

                                                /s/ Stephen P. Casarino
                                                STEPHEN P. CASARINO, ESQ
                                                I.D. No. 174
                                                800 N. King Street, Suite 200
                                                Wilmington, DE 19899-1276
                                                (302) 594-4500
                                                Attorney for the Defendant Bella Vista Development, LLC

DATED: July 18, 2006

## **CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 18th day of July, 2006, a true and correct copy of the attached Answer of Bella Vista Development, LLC to:

>Andrea G. Green, Esquire
>Doroshow, Pasquale, Krawitz & Bhaya
>213 East DuPont Highway
>Millsboro, DE 19966

>CASARINO, CHRISTMAN & SHALK

>  /s/ Stephen P. Casarino
>STEPHEN P. CASARINO, ESQ
>I.D. No. 174
>800 N. King Street, Suite 200
>Wilmington, DE 19899-1276
>(302) 594-4500
>Attorney for the Defendant Bella Vista Development, LLC