IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, an individual, | ) | C.A. No.: 06-188GMS |
| | ) | |
| Plaintiff, | ) | JURY DEMAND OF SIX |
| | ) | |
| v. | ) | |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, a Delaware Corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, And WAYNE MITCHELLE, Individually. | ) ) ) ) ) ) ) ) ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Charles P. Coates, III, Esquire, as counsel for the Defendant, Bella Vista Townhome Condominium Association, Inc.

This Entry of Appearance is for the purposes of notifying the Court and counsel for the Plaintiff of the identity of this defense counsel. This Entry of Appearance is not to be considered a waiver or admission of such issues as whether proper service of process has been affected on Defendant, whether the Defendant is a proper party to this matter, or whether the Defendant may raise the defense of the statute of limitations.

                                                                               _/s/CHARLES P. COATES, III_____
                                                                               Charles P. Coates, III, Esquire (Bar I.D. 917)
                                                                               Christiana Executive Campus
                                                                                131 Continental Drive, Suite 407
                                                                               Newark, DE  19713-4301
                                                                               (302) 292-6660
                                                                               Attorney for Defendant Bella Vista Townhome
                                                                               Condominium Association, Inc.

Date:  August 22, 2006

## CERTIFICATE OF SERVICE

I, CHARLES P. COATES, III, ESQUIRE, hereby certify that a true and correct copy or copies of the foregoing document(s):

**ENTRY OF APPEARANCE**

were delivered by electronic filing on August 22, 2006 to:

>Jennifer S. Donahue
>Andrea G. Green
>Doroshow Pasquale Krawitz & Bhaya
>213 E. Dupont Highway
>Millsboro, DE 19966
>Attorney for Plaintiff

>_/s/CHARLES P. COATES, III_____
>Charles P. Coates, III, Esquire (bar I.D. 917)
>Christiana Executive Campus
>131 Continental Drive, Suite 407
>Newark, DE 19713-4301
>(302) 292-6660
>Attorney for Defendant Bella Vista Townhome Condominium Association, Inc.

F:\2006\06nk00144\entry of appearance.doc