IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, an individual, | ) | C.A. No.: 06-188GMS |
| | ) | |
| Plaintiff, | ) | JURY DEMAND OF SIX |
| | ) | |
| v. | ) | |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC | ) | |
| a Virginia corporation, BELLA VISTA | ) | |
| TOWNHOME CONDOMINIUM | ) | |
| ASSOCIATION, a Delaware | ) | |
| Corporation, RE/MAX REALTY | ) | |
| GROUP, a Delaware franchise, | ) | |
| WILLIAM J. MITCHELL, individually, | ) | |
| And WAYNE MITCHELLE, | ) | |
| Individually. | ) | |

## ANSWER OF BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC. TO AMENDED COMPLAINT

1.     Answering defendant is without sufficient knowledge upon which to base either an admission or denial of this allegation.

2.     Answering defendant is without sufficient knowledge upon which to base either an admission or denial of this allegation.

3.     Admitted.

4.     Answering defendant is without sufficient knowledge upon which to base either an admission or denial of this allegation.

5.     Answering defendant is without sufficient knowledge upon which to base either an admission or denial of this allegation.

6.     Answering defendant is without sufficient knowledge upon which to base either an admission or denial of this allegation.

**JURISDICATION**

7.      Answering defendant hereby re-alleges and incorporates herein by reference its responses to paragraphs one through six.

8.      Denied that the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000.00).

**FACTUAL ALLEGATIONS**

9.      Answering defendant hereby re-alleges and incorporates herein by reference its responses to paragraphs one through eight.

10.     Denied.

11.     Answering defendant is without sufficient knowledge upon which to base either an admission or denial of this allegation.

12.     Denied.

13.     Denied.

14.     Denied.

**COUNT I**
**CLAIM AGAINST BELLA VISTA DEVELOPMENT, LLC**

15.     Answering defendant hereby re-alleges and incorporates herein by reference its response to paragraphs one through fourteen.

16.     No answer required of this defendant.

17.     No answer required of this defendant

**COUNT II**
**CLAIM AGAINST BELLA VISTA CONDOMINIUM AND TOWNHOME ASSOCIATIONS**

18.     Answering defendant hereby re-alleges and incorporates herein by reference its response to paragraphs one through seventeen.

19.    Denied.

20.    Denied.

## COUNT III
## CLAIM AGAINST WILLIAM J. MITCHELL

21.    Answering defendant hereby re-alleges and incorporates herein by reference its responses to paragraphs one through twenty.

22.    No answer required of the answering defendant.

23.    No answer required of the answering defendant.

## COUNT IV
## CLAIM AGAINTS RE/MAX REALTY GROUP

24.    Answering defendant hereby re-alleges and incorporates herein by reference its responses to paragraphs one through twenty three.

25.    No answer required of the answering defendant.

26.    No answer required of the answering defendant.

27.    No answer required of the answering defendant.

## COUNT V
## CLAIM AGAINST WAYNE MITCHELL

28.    Answering defendant hereby re-alleges and incorporates herein by reference its responses to paragraphs one through twenty seven.

29.    No answer required of the answering defendant.

30.    No answer required of the answering defendant.

## COUNT VI
## CLAIM AGAINST SANDRA E. FLUCK

31.    Answering defendant hereby re-alleges and incorporates herein by reference its responses to paragraphs one through thirty.

32.    Denied.

33.    Denied.

34.    Denied.

35.    Denied.

36.    Denied.

37.    Denied.

## FIRST AFFIRMATIVE DEFENSE

The plaintiff was, herself, negligent in a manner which proximately caused the accident and/or her injuries in that she:

a.    Failed to maintain a proper lookout;

b.    Assumed the risk of injury;

c.    Failed to exercise proper control over her bodily movements in a way that would have reasonably prevented the subject accident and alleged injuries.

## ANSWER TO CROSSCLAIM

Denied.

## CROSS CLAIM

Should there be any basis of liability against the answering defendants, they are entitled to contribution for all defendants found liable.

WHEREFORE answering defendant, Bella Vista Townhouse Condominium Association, Inc. demands that judgment be entered in its favor and prays that the action against it be

dismissed together with the costs of this action.


_/s/Charles P. Coates, Esquire_____
Charles P. Coates, III, Esquire (Bar I.D. 917)
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE  19713-4301
(302) 292-6660
Attorney for Defendant Bella Vista Townhome
Condominium Association, Inc.

Date:  August 28, 2006

## CERTIFICATE OF SERVICE

I, CHARLES P. COATES, III, ESQUIRE, hereby certify that a true and correct copy or copies of the foregoing document(s):

### ANSWER AND CROSSCLAIM

were delivered by electronic filing on August 28, 2006  to:

Jennifer S. Donahue, Esquire
Andrea G. Green, Esquire
Doroshow Pasquale Krawitz & Bhaya
213 E. Dupont Highway
Millsboro, DE 19966
Attorney for Plaintiff

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk
800 North King Street
P.O. Box 1276
Wilmington, DE 19899

/s/Charles P. Coates, Esquire
Charles P. Coates, III, Esquire (bar I.D. 917)
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE  19713-4301
(302) 292-6660
Attorney for Defendant Bella Vista Townhome
Condominium Association, Inc.

F:\2006\06nk00144\answer.doc