IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA F. FLUCK, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | C.A. No. 06-188-GMS |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC, | ) | JURY DEMAND OF SIX |
| a Virginia corporation, BELLA | ) | |
| VISTA TOWNHOME CONDOMINIUM | ) | |
| ASSOCIATION, INC., a Delaware | ) | |
| corporation, REMAX REALTY | ) | |
| GROUP, a Delaware franchise, | ) | |
| WILLIAM J. MITCHELL, | ) | |
| individually, and WAYNE | ) | |
| MITCHELL, individually, | ) | |
| | ) | |
|     Defendants. | ) | |

**ENTRY OF APPEARANCE**

    TO:   United States District Court Clerk
           844 N. King Street
           Room 4209, Lock Box 18
           Wilmington, DE 19801

    **PLEASE ENTER** the appearance of Roger A. Akin, Esquire and Deborah C. Sellis, Esquire as counsel for defendant William J. Mitchell in the above-captioned action. Defendant reserves the right to answer, move, or otherwise respond to the Amended Complaint.

        **AKIN & HERRON, P.A.**

        <u>/s/ Roger A. Akin</u>
        Roger A. Akin, I.D. No. 395
        Deborah C. Sellis, I.D. No. 3819
        1220 N. Market Street, Suite 300
        P.O. Box 25047
        Wilmington, DE 19899
        (302) 427-6989
        Attorneys for Defendant
        William J. Mitchell

Dated: August 29, 2006

```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF DELAWARE

SANDRA F. FLUCK,                  )
                                  )
     Plaintiff,                   )
                                  )
     v.                           )    C.A. No. 06-188-GMS
                                  )
BELLA VISTA DEVELOPMENT, LLC,     )    JURY DEMAND OF SIX
a Virginia corporation, BELLA     )
VISTA TOWNHOME CONDOMINIUM        )
ASSOCIATION, INC., a Delaware     )
corporation, REMAX REALTY         )
GROUP, a Delaware franchise,      )
WILLIAM J. MITCHELL,              )
individually, and WAYNE           )
MITCHELL, individually,           )
                                  )
     Defendants.                  )
```

**NOTICE OF SERVICE**

I hereby certify that on this 29th day of August, 2006, a copy of **ROGER A. AKIN'S ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT WILLIAM J. MITCHELL** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to attorneys listed below:

Andrea G. Green, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East Dupont Highway
Millsboro, DE 19966

Daniel P. Myers, II, Esquire
Hudson, Jones, Jaywork & Fisher
309 Rehoboth Avenue
P.O. Box P
Rehoboth Beach, DE 19971

**AKIN & HERRON, P.A.**

/s/ Roger A. Akin
Roger A. Akin, I.D. No. 395
Deborah C. Sellis, I.D. No. 3819
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6989
Attorneys for Defendant
William J. Mitchell

H:\tmw5\data\files\Docs\3651.049\NOS\5270.WPD