# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, ) | |
| ) | C.A. No. 06-188 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | |
| HOENEN & MITCHELL, INC., a Delaware) | |
| corporation, BELLA VISTA ) | JURY TRIAL DEMANDED |
| DEVELOPMENT, LLC, a Virginia ) | |
| corporation, BELLA VISTA TOWNHOME ) | |
| CONDOMINIUM ASSOCIATION, INC., a ) | |
| Delaware Corporation, RE/MAX REALTY ) | |
| GROUP, a Delaware franchise, ) | |
| WILLIAM J. MITCHELL, individually, ) | |
| and WAYNE MITCHELL, individually, ) | |
| ) | |
| Defendants. ) | |

## ANSWER OF BELLA VISTA DEVELOPMENT, LLC
## AND WAYNE MITCHELL TO CROSSCLAIM OF BELLA VISTA TOWNHOME
## CONDOMINIUM ASSOCIATION, INC.

1. Denied.

CASARINO, CHRISTMAN & SHALK

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant Bella Vista
Development, LLC and Wayne Mitchell

DATED: August 29, 2006

## **CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 29th day of August, 2006, a true and correct copy of the attached Answer of Bella Vista Development, LLC and Wayne Mitchell to Crossclaim of Bella Vista Townhome Condominium Association addressed to:

> Andrea G. Green, Esquire
> Doroshow, Pasquale, Krawitz & Bhaya
> 213 East DuPont Highway
> Millsboro, DE 19966

> Charles P. Coates, III, Esquire
> Law Offices of Allan Wendelburg
> Christiana Executive Campus
> 131 Continental Drive, Suite 407
> Newark, DE 19713

CASARINO, CHRISTMAN & SHALK

  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant Bella Vista Development, LLC