

**Law Offices**
**DOROSHOW**
**PASQUALE**
**KRAWITZ**
**& BHAYA**

ERIC M. DOROSHOW, DE, PA, DC
ROBERT PASQUALE, DE, PA
ARTHUR M. KRAWITZ, DE, PA
SHAKUNTLA L. BHAYA, DE, PA
MARY C. BOUDART, DE
DONALD E. GREGORY, DE
DEBRA C. ALDRICH, DE, PA
DONALD E. MARSTON, DE
ANDREA G. GREEN, DE, MD
JESSICA LEWIS WELCH, DE

· · · · ·

ANGELA PINTO KOSS, DE
KAREN Y. VICKS, DE, NJ, PA
MATTHEW R. FOGG, DE, NJ
CYNTHIA H. PRUITT, DE
NINA PAPPOULIS, DE
TARA A. BLAKELY, DE
JENNIFER S. DONAHUE, DE, NJ
DEBORAH I. GALONSKY, DE, NJ
JENNIFER M. MENSINGER, DE
TARA E. BUSTARD, NJ, PA
CHRISTINA L. YEAGER, NJ
NICOLE M. EVANS, DE

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9883

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S. DuPont Highway
P.O. Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W. Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E. DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-1744
Facsimile: (302) 424-1176

*World Wide Web*
www.dplaw.com

August 28, 2006

PLEASE RESPOND TO:
213 E. Dupont Highway
Millsboro, DE 19966

Writer's Direct E-mail:
JenniferDonahue@dplaw.com
Writer's Direct Dial:
(302) 934-9400

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

RE:  *Fluck v. Bella Vista, et. al.*
     Case No. 06-188

Dear Judge Sleet:

Please be reminded that my office represents Plaintiff Sandra Fluck in the above-referenced matter.

On August 10, 2006, I filed a Motion for Default Judgment as to Defendants RE/MAX Realty Group and William J. Mitchell.

Please be advised that I recently spoke with James Deakyne, Jr., Esquire, with whom the aforementioned Defendants have consulted. Mr. Deakyne advised that the Defendants are requesting an opportunity to engage counsel through their insurance company, State Farm.

In light of the above, please refrain from making a decision on Plaintiff's Motion for Default at this time.

I thank you for your time and consideration in this matter. Should you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

JENNIFER S. DONAHUE
Attorney at Law

JSD/mlk
cc: James E. Deakyne, Jr., Esquire
    Stephen P. Casarino, Esquire
    Charles P. Coates, III, Esquire
    Sandra Fluck

Law Offices
**PASQUALE, KRAWITZ & BHAYA**
3 E. Dupont Highway
Millsboro, DE 19966





The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J.Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801