IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA F. FLUCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-188-GMS |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC, | ) | JURY DEMAND OF SIX |
| a Virginia corporation, BELLA | ) | |
| VISTA TOWNHOME CONDOMINIUM | ) | |
| ASSOCIATION, INC., a Delaware | ) | |
| corporation, REMAX REALTY | ) | |
| GROUP, a Delaware franchise, | ) | |
| WILLIAM J. MITCHELL, | ) | |
| individually, and WAYNE | ) | |
| MITCHELL, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER OF DEFENDANT WILLIAM J. MITCHELL TO CROSS-CLAIM OF DEFENDANT BELLA VISTA CONDOMINIUM ASSOCIATION, INC.**

(Unnumbered) Denied.

**WHEREFORE**, defendant William J. Mitchell requests that the Cross-Claim of Defendant Bella Vista Condominium Association, Inc., be dismissed with prejudice, together with costs assessed against Defendant Bella Vista Condominium Association, Inc.

**AKIN & HERRON, P.A.**

/s/ Roger A. Akin
Roger A. Akin, I.D. No. 395
Deborah C. Sellis, I.D. No. 3819
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6989
Attorneys for Defendant
William J. Mitchell

Dated: September 7, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA F. FLUCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-188-GMS |
| ) | |
| BELLA VISTA DEVELOPMENT, LLC, ) | JURY DEMAND OF SIX |
| a Virginia corporation, BELLA ) | |
| VISTA TOWNHOME CONDOMINIUM ) | |
| ASSOCIATION, INC., a Delaware ) | |
| corporation, REMAX REALTY ) | |
| GROUP, a Delaware franchise, ) | |
| WILLIAM J. MITCHELL, ) | |
| individually, and WAYNE ) | |
| MITCHELL, individually, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 7th day of September, 2006, a copy of **DEFENDANT WILLIAM J. MITCHELL'S RESPONSE TO CROSS-CLAIM OF DEFENDANT BELLA VISTA CONDOMINIUM ASSOCIATION, INC.** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to attorneys listed below:

Andrea G. Green, Esquire
Jennifer Susan Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East Dupont Highway
Millsboro, DE 19966

Daniel P. Myers, II, Esquire
Hudson, Jones, Jaywork & Fisher
309 Rehoboth Avenue
P.O. Box P
Rehoboth Beach, DE 19971

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899

Charles P. Coates, III, Esquire
Law Offices of Charles P. Coates, III
131 Continental Drive, Suite 407
Newark, DE 19711

                                    **AKIN & HERRON, P.A.**

                                    <u>/s/ Roger A. Akin</u>
                                    Roger A. Akin, I.D. No. 395
                                    Deborah C. Sellis, I.D. No. 3819
                                    1220 N. Market Street, Suite 300
                                    P.O. Box 25047
                                    Wilmington, DE 19899
                                    (302) 427-6989
                                    Attorneys for Defendant
                                    William J. Mitchell

H:\tmw5\data\files\Docs\3651.049\NOS\5360.WPD