IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA F. FLUCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-188-GMS |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC, | ) | JURY DEMAND OF SIX |
| a Virginia corporation, BELLA | ) | |
| VISTA TOWNHOME CONDOMINIUM | ) | |
| ASSOCIATION, INC., a Delaware | ) | |
| corporation, REMAX REALTY | ) | |
| GROUP, a Delaware franchise, | ) | |
| WILLIAM J. MITCHELL, | ) | |
| individually, and WAYNE | ) | |
| MITCHELL, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

TO:  Andrea G. Green, Esq.         Daniel P. Myers, II, Esq.
     Jennifer Susan Donahue, Esq.  Hudson, Jones, Jaywork &
     Doroshow, Pasquale, Krawitz & Fisher
     Bhaya                         309 Rehoboth Avenue
     213 East Dupont Highway       P.O. Box P.
     Millsboro, DE 19966           Rehoboth Beach, DE 19971

     Stephen P. Casarino, Esq.     Charles P. Coates, III, Esq.
     Casarino, Christman & Shalk   131 Continental Drive
     800 North King Street         Suite 407
     P.O. Box 1276                 Newark, DE 19711
     Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned attorney will take

the deposition of plaintiff Sandra F. Fluck on **Friday, March 16,**

**2007 at 10:00 a.m.** at the law offices of Akin & Herron, P.A.,

located at 1220 North Market Street, Suite 300, Wilmington, DE

19899.

**AKIN & HERRON, P.A.**

/s/ Roger A. Akin
Roger A. Akin, I.D. No. 395
Deborah C. Sellis, I.D. No. 3819
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6989
Attorneys for Defendant
William J. Mitchell

Date: October 31, 2006

cc:  Ambassador Legal

H:\tmw5\data\files\Docs\3651.049\NOD\5863.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SANDRA F. FLUCK,    )
          )
  Plaintiff,    )
          )
  v.        )  C.A. No. 06-188-GMS
          )
BELLA VISTA DEVELOPMENT, LLC, )  JURY DEMAND OF SIX
a Virginia corporation, BELLA )
VISTA TOWNHOME CONDOMINIUM )
ASSOCIATION, INC., a Delaware )
corporation, REMAX REALTY  )
GROUP, a Delaware franchise, )
WILLIAM J. MITCHELL,   )
individually, and WAYNE   )
MITCHELL, individually,   )
          )
  Defendants.   )

**NOTICE OF SERVICE**

I hereby certify that on this 31st day of October, 2006, a copy

of **DEFENDANT WILLIAM J. MITCHELL'S NOTICE OF DEPOSITION OF**

**PLAINTIFF** was electronically filed with the Clerk of the Court

using CM/ECF which will send notifications of such filing(s) to

counsel listed below:

Andrea G. Green, Esquire
Jennifer Susan Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East Dupont Highway
Millsboro, DE 19966

Daniel P. Myers, II, Esquire
Hudson, Jones, Jaywork & Fisher
309 Rehoboth Avenue
P.O. Box P
Rehoboth Beach, DE 19971

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899

Charles P. Coates, III, Esquire
Law Offices of Charles P. Coates, III
131 Continental Drive, Suite 407
Newark, DE 19711

**AKIN & HERRON, P.A.**

<u>/s/ Roger A. Akin</u>
Roger A. Akin, I.D. No. 395
Deborah C. Sellis, I.D. No. 3819
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6989
Attorneys for Defendant
William J. Mitchell

H:\tmw5\data\files\Docs\3651.049\NOS\5864.WPD