# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SANDRA E. FLUCK, an individual, :
: C.A. No.: 06-188-GMS
Plaintiff, :
: **JURY TRIAL DEMANDED**
v. :
:
BELLA VISTA DEVELOPMENT, LLC, a :
Virginia corporation, BELLA VISTA :
TOWNHOME CONDOMINIUM :
ASSOCIATION, INC., a Delaware :
corporation, RE/MAX REALTY GROUP, a :
Delaware franchise, WILLIAM J. :
MITCHELL, individually, and WAYNE :
MITCHELL, individually, :
:
Defendants. :

## CERTIFICATE OF SERVICE

I, JENNIFER S. DONAHUE, ESQUIRE, hereby certify that I have this 10TH day of November, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:
Plaintiff's Interrogatories Directed to Defendant, William J. Mitchell
Plaintiff's Request for Production Directed to Defendant, William J. Mitchell

PERSON:
Roger A. Akin, Esq.
1220 N. Market Street Suite 300
P.O. Box 25047
Wilmington, DE 19899

DOROSHOW, PASQUALE,
KRAWITZ, & BHAYA

/s/ ANDREA G. GREEN, ESQUIRE
Attorney I.D. 2487
/s/ JENNIFER S.DONAHUE,ESQUIRE
Attorney I.D. 4700
213 E. Dupont Highway
Millsboro, Delaware 19966
(302) 934-9400
Attorneys for Plaintiff

DATED:    11/10/06