# FERRY, JOSEPH & PEARCE, P. A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555
FAX (302) 575-1714

www.ferryjoseph.com

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

THOMAS HERLIHY, III
OF COUNSEL

ARTHUR F. DISABATINO
(1962-2001)

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

November 13, 2006

**VIA E-FILING**
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   Sandra Fluck v. Bella Vista Development, LLC, Bella Vista Townhome Condominium Association, Inc., Re/Max Realty Group, William J. Mitchell and Wayne Mitchell
      C. A. No. 1:06-cv-00188 GMS

Dear Judge Sleet:

I will be representing the defendant Re/Max Realty Group, or more accurately, Resort Realty Group, Inc. t/a Re/Max Realty Group, in this matter. I have received a copy of the proposed Joint Status Report. It is accurately stated in that report that Re/Max Realty Group has not yet been served with the complaint. Accordingly, I have not yet entered an appearance in the action.

In light of the fact that my client has not yet been served with the complaint, I have declined to sign the Joint Status Report. Nevertheless, if the Court deems it appropriate, I would like to participate in the joint status conference on November 21, 2006, provided that it is understood that by participating in the conference, I am not waiving any defenses my client has once it is served with the complaint.

I am available at the Court's convenience if it has any further questions.

Respectfully,

*Robert K. Pearce*

Robert K. Pearce

RKP/mec

cc:    Stephen Casarino, Esquire - (By Fax - 594-4509)
       Charles P. Coates, III, Esquire - (By Fax - 292-6668)
       Roger A. Akin, Esquire - (By Fax - 655-3697)
       Clerk of Court