IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | C.A. No.: 06-188-GMS |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | |
| Defendants. | |

**STIPULATION TO AMEND COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys, hereby stipulate to allow the Plaintiff to amend the Complaint, changing the name of Defendant, RE/MAX Realty Group, to Resort Realty Group, Inc.

/s/ Jennifer S. Donahue
JENNIFER S. DONAHUE (ID #4700)
Attorney for Plaintiff, Sandra Fluck

/s/ Stephen P. Casarino
STEPHEN P. CASARINO (ID #174)
Attorney for Defendants Bella Vista Development/Wayne Mitchell

/s/ Charles P. Coates
CHARLES P. COATES (ID # 917)
Attorney for Defendant Bella Vista Townhome/Condo. Assoc. Inc.

/s/ Roger A. Akin
ROGER A. AKIN (ID # 395)
Attorney for Defendant William J. Mitchell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, an individual, | : | **C.A. No.: 06-188-GMS** |
| | : | |
| Plaintiff, | : | |
| | : | **JURY TRIAL DEMANDED** |
| v. | : | |
| | : | |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | : : : : : : : | |
| Defendants. | | |

## ORDER

IT IS HEREBY ORDERED that the caption for Civil Action No.: 06-188-GMS shall hereafter read:

| | | |
|---|---|---|
| SANDRA E. FLUCK, an individual, | : | **C.A. No.: 06-188-GMS** |
| | : | |
| Plaintiff, | : | |
| | : | **JURY TRIAL DEMANDED** |
| v. | : | |
| | : | |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RESORT REALTY GROUP, INC., a Delaware corporation, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | : : : : : : : | |
| Defendants. | | |

SO ORDERED, this ____ day of _____, 2006.

_____
JUDGE GREGORY M. SLEET