IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, an individual, | ) | C.A. No.: 06-188GMS |
| | ) | |
| Plaintiff, | ) | JURY DEMAND OF SIX |
| | ) | |
| v. | ) | |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, a Delaware Corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, And WAYNE MITCHELLE, Individually. | ) ) ) ) ) ) ) ) ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Carol J. Antoff, Esquire, as counsel for Defendant, Bella Vista Townhome Condominium Association, Inc.

This Entry of Appearance is for the purposes of notifying the Court and counsel for the Plaintiff of the identity of this defense counsel. This Entry of Appearance is not to be considered a waiver or admission of such issues as whether proper service of process has been effected on Defendant, whether the Defendant is a proper party to this matter, or whether the Defendant may raise the defense of the statute of limitations.

                                                                                                          /s/ CAROL J. ANTOFF
                                                    Carol J. Antoff, Esquire (Bar I.D. 3601)
                                                    Christiana Executive Campus
                                                    131 Continental Drive, Suite 407
                                                    Newark, DE  19713-4301
                                                    (302) 292-6660
                                                    Attorney for Defendant Bella Vista Townhome
                                                    Condominium Association, Inc.

Date:  January 17, 2007

## CERTIFICATE OF SERVICE

I, CAROL J. ANTOFF, ESQUIRE, hereby certify that a true and correct copy or copies of the foregoing document(s):

### ENTRY OF APPEARANCE

were delivered by electronic filing on January 17, 2007 to:

> Jennifer S. Donahue
> Andrea G. Green
> Doroshow Pasquale Krawitz & Bhaya
> 213 E. Dupont Highway
> Millsboro, DE 19966
> Attorney for Plaintiff

>          /S/CAROL J. ANTOFF
> Carol J. Antoff, Esquire (Bar I.D. 3601)
> Christiana Executive Campus
> 131 Continental Drive, Suite 407
> Newark, DE 19713-4301
> (302) 292-6660
> Attorney for Defendant Bella Vista Townhome
> Condominium Association, Inc.

F:\2006\06nk00144\entry of appearance.CJA..doc