IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA F. FLUCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-188-GMS |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC, | ) | JURY DEMAND OF SIX |
| a Virginia corporation, BELLA | ) | |
| VISTA TOWNHOME CONDOMINIUM | ) | |
| ASSOCIATION, INC., a Delaware | ) | |
| corporation, REMAX REALTY | ) | |
| GROUP, a Delaware franchise, | ) | |
| WILLIAM J. MITCHELL, | ) | |
| individually, and WAYNE | ) | |
| MITCHELL, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 19th day of January, 2007, a copy of **DEFENDANT WILLIAM J. MITCHELL'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** were mailed first class to counsel listed below:

Andrea G. Green, Esquire
Jennifer Susan Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East Dupont Highway
Millsboro, DE 19966

Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Carol J. Antoff, Esquire
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899

        **AKIN & HERRON, P.A.**

        <u>/s/ Roger A. Akin</u>
        Roger A. Akin, I.D. No. 395
        1500 Shallcross Avenue
        Wilmington, DE 19806
        (302) 427-6989
        Attorneys for Defendant
        William J. Mitchell

H:\tmw5\data\files\Docs\3651.049\NOS\6545.WPD