IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA F. FLUCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-188-GMS |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC, | ) | JURY DEMAND OF SIX |
| a Virginia corporation, BELLA | ) | |
| VISTA TOWNHOME CONDOMINIUM | ) | |
| ASSOCIATION, INC., a Delaware | ) | |
| corporation, REMAX REALTY | ) | |
| GROUP, a Delaware franchise, | ) | |
| WILLIAM J. MITCHELL, | ) | |
| individually, and WAYNE | ) | |
| MITCHELL, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**RE-NOTICE OF DEPOSITION**

TO:  Andrea G. Green, Esq.                    Robert K. Pearce, Esq.
     Jennifer Susan Donahue, Esq.             Ferry, Joseph & Pearce
     Doroshow, Pasquale, Krawitz &            824 N. Market Street
     Bhaya                                    Suite 904
     213 East Dupont Highway                  P.O. Box 1351
     Millsboro, DE 19966                      Wilmington, DE 19899

     Carol J. Antoff, Esq.                    Stephen P. Casarino, Esq.
     Christiana Executive Campus              Casarino, Christman &
     131 Continental Drive                    Shalk, P.A.
     Suite 407                                800 N. King Street
     Newark, DE 19713-4301                    P.O. Box 1276
                                              Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of plaintiff Sandra F. Fluck on **Friday, March 16, 2007, at 10:00 a.m.** at the law offices of Doroshow, Pasquale, Krawitz & Bhaya located at 213 East Dupont Highway, Millsboro, DE 19966.

                                                **AKIN & HERRON, P.A.**

                                                <u>/s/ Roger A. Akin</u>
                                                Roger A. Akin, I.D. No. 395
                                                1500 Shallcross Avenue
                                                Suite 1-A
                                                Wilmington, DE 19806
                                                (302) 427-6989
                                                Attorneys for Defendant
                                                William J. Mitchell

Date: January 23, 2007

cc:  Ambassador Legal

H:\tmw5\data\files\Docs\3651.049\RNOD\6582.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA F. FLUCK,                )<br>                                 )<br>    Plaintiff,                  )<br>                                 )<br>    v.                           )<br>                                 )<br>BELLA VISTA DEVELOPMENT, LLC,    )<br>a Virginia corporation, BELLA    )<br>VISTA TOWNHOME CONDOMINIUM       )<br>ASSOCIATION, INC., a Delaware    )<br>corporation, REMAX REALTY        )<br>GROUP, a Delaware franchise,     )<br>WILLIAM J. MITCHELL,             )<br>individually, and WAYNE          )<br>MITCHELL, individually,          )<br>                                 )<br>    Defendants.                  )  | C.A. No. 06-188-GMS<br><br>JURY DEMAND OF SIX |

**NOTICE OF SERVICE**

I hereby certify that on this 23rd day of January, 2007, a copy of **DEFENDANT WILLIAM J. MITCHELL'S RE-NOTICE OF DEPOSITION** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to attorneys listed below:

Andrea G. Green, Esquire
Jennifer Susan Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East Dupont Highway
Millsboro, DE 19966

Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Carol J. Antoff, Esquire
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899

                                                **AKIN & HERRON, P.A.**

                                                <u>/s/ Roger A. Akin</u>
Roger A. Akin, I.D. No. 395
1500 Shallcross Avenue
Suite 1-A
Wilmington, DE 19806
(302) 427-6989
Attorneys for Defendant
William J. Mitchell

H:\tmw5\data\files\Docs\3651.049\NOS\6583.WPD