IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, an individual, | ) | C.A. No.: 06-188GMS |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC | ) | |
| a Virginia corporation, BELLA VISTA | ) | |
| TOWNHOUSE CONDOMINIUM | ) | |
| ASSOCIATION, INC., a Delaware | ) | |
| corporation, RESORT REALTY GROUP | ) | |
| INC., a Delaware corporation, | ) | |
| WILLIAM J. MITCHELL, individually, | ) | |
| and WAYNE MITCHELLE, | ) | |
| Individually. | ) | |

**DEFENDANT BELLA VISTA TOWNHOUSE CONDOMINIUM ASSOCIATION'S ANSWER TO ALL PRESENT AND FUTURE CROSS CLAIMS**

1. Defendant Bella Vista Townhouse Condominium Association, Inc. hereby denies that it was negligent in any manner, denies that it is liable to Plaintiff in any respect, and denies that it is liable for contribution and/or indemnification of any Co-Defendant.

LAW OFFICE OF CYNTHIA G. BEAM

*/s/ Carol J. Antoff*
Carol J. Antoff, Esquire (Bar I.D. 3601)
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301
(302) 292-6660
Attorney for Defendant Bella Vista Townhouse
Condominium Association, Inc.

Date: January 29, 2007

## CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, hereby certify that a true and correct copy or copies of the foregoing document(s):

**Defendant Bella Vista Townhouse Condominium Association's Answer to All Present and Future Cross Claims.**

were delivered by electronic filing on January 29, 2007 to:

Jennifer S. Donahue, Esquire
Andrea G. Green, Esquire
Doroshow Pasquale Krawitz & Bhaya
213 E. Dupont Highway
Millsboro, DE 19966
Attorneys for Plaintiff

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899
Attorney for Bella Vista Development LLC

Roger A. Akin, Esquire
Akin & Herron, P.A.
1500 Shallcross Avenue, Suiet 1-A
Wilmington, DE 19806
Attorney for William Mitchell & Wayne Mitchell

LAW OFFICE OF CYNTHIA G. BEAM

  /s Carol J. Antoff
Carol J. Antoff, Esquire (Bar I.D. 3601)
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE  19713-4301
(302) 292-6660
Attorney for Defendant Bella Vista Townhouse
Condominium Association, Inc.

F:\2006\06nk00144\Answer to Cross Claims.doc