IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, an individual, | ) | C.A. No.: 06-188GMS |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC a Virginia corporation, BELLA VISTA TOWNHOUSE CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RESORT REALTY GROUP INC., a Delaware corporation, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELLE, Individually. | ) ) ) ) ) ) ) ) ) | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Charles P. Coates, III, Esquire as attorney for Defendant, Bella Vista Townhouse Condominium Association, Inc.

PLEASE ENTER the appearance of Carol J. Antoff, Esquire as attorney for Defendant, Bella Vista Townhouse Condominium Association, Inc.

    /s/ Charles P. Coates
Charles P. Coates, III, Esquire
Law Office of Cynthia G. Beam
131 Continental Drive, Suite 407
Newark, DE 19713
(302) 292-6660
Attorney for Defendant
Bella Vista Townhouse Condominium
Association, Inc.

    /s/ Carol J. Antoff
Carol J. Antoff, Esquire
Bar I.D. 3601
The Law Office of Cynthia G. Beam
131 Continental Drive, Suite 407
Newark, Delaware 19713
(302) 292-6660
Attorney for Defendant
Bella Vista Townhouse Condominium
Association, Inc.

DATE: January 30, 2007

## CERTIFICATION OF SERVICE

I, Carol J. Antoff, Esquire, hereby certify that a true and correct copy or copies of the foregoing document(s):

Substitution of Counsel

were electronically transmitted on January 30, 2007 to:

> Jennifer S. Donahue, Esquire
> Andrea G. Green, Esquire
> Doroshow Pasquale Krawitz & Bhaya
> 213 E. Dupont Highway
> Millsboro, DE 19966
> Attorneys for Plaintiff

> Stephen P. Casarino, Esquire
> Casarino, Christman & Shalk, P.A.
> 800 North King Street
> P.O. Box 1276
> Wilmington, DE 19899
> Attorney for Bella Vista Development LLC

> Roger A. Akin, Esquire
> Akin & Herron, P.A.
> 1500 Shallcross Avenue, Suiet 1-A
> Wilmington, DE 19806
> Attorney for William Mitchell & Wayne Mitchell

LAW OFFICE OF CYNTHIA G. BEAM

*/s/ Carol J. Antoff*
Carol J. Antoff, Esquire (Bar I.D. 3601)
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301
(302) 292-6660
Attorney for Defendant Bella Vista Townhouse
Condominium Association, Inc.

F:\2006\06nk00144\Sub of Counsel.doc