IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, : | C.A. No.: 06-188-GMS |
| Plaintiff, : | |
| : | **JURY TRIAL DEMANDED** |
| v. : | |
| : | |
| BELLA VISTA DEVELOPMENT, LLC, a : | |
| Virginia corporation, BELLA VISTA : | |
| TOWNHOME CONDOMINIUM : | |
| ASSOCIATION, INC., a Delaware : | |
| corporation, RE/MAX REALTY GROUP, a : | |
| Delaware franchise, WILLIAM J. : | |
| MITCHELL, individually, and WAYNE : | |
| MITCHELL, individually, | |
| Defendants. | |

**NOTICE OF DEPOSITION**

TO:    Stephen Casarino, Esq.                    Carol Antoff, Esq.
       Casarino, Christman & Shalk, P.A.         1001 Jefferson Plaza, Suite 202
       800 North King Street, Suite 200          Wilmington, DE  19801
       P.O. Box 1276
       Wilmington, DE  19899

       Roger A. Akin, Esq.                       Robert K. Pearce, Esq.
       1220 N. Market Street, Suite 300          Ferry, Joseph & Pearce, P.A.
       P.O. Box 25047                            P.O. Box 1351
       Wilmington, DE  19899                     Wilmington, DE  19899

       Charles P. Coates, III, Esq.
       Christiana Executive Campus
       131 Continental Drive, Suite 407
       Newark, DE  19713-4301

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of

Defendant, Wayne Mitchell, on **Friday, March 16, 2007 at 2:00 p.m.** at 213 E. DuPont

Highway, Millsboro, Delaware 19966.

DUCES TECUM: Deponent shall bring with him any documents in response to Plaintiff's Request for Production that have not been previously supplied, as well as the following: copies of any and all blueprints, building permits, inspection reports, certificate(s) of occupancy and release of liens pertaining to the property in question, and, copies of listing agreements and "open house" brochures pertaining to the property in question.

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

/s/ JENNIFER S. DONAHUE, ESQUIRE
Attorney I.D. 4700
213 E. Dupont Highway
Millsboro, Delaware 19966
(302) 934-9400
Attorney for Plaintiff

DATED: January 31, 2007

cc: Anthony Reporting
    Sandra Fluck

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | C.A. No.: 06-188-GMS |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be mailed two (2) copies of the foregoing Notice of Deposition this 31st day of January, 2007 to:

Stephen Casarino, Esq.
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Roger A. Akin, Esq.
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

Charles P. Coates, III, Esq.
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301

Carol Antoff, Esq.
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Robert K. Pearce, Esq.
Ferry, Joseph & Pearce, P.A.
P.O. Box 1351
Wilmington, DE 19899

                            DOROSHOW, PASQUALE
                              KRAWITZ & BHAYA

                            <u>/s/ JENNIFER S. DONAHUE, ESQUIRE</u>
                            Attorney I.D. 4700
                            213 E. Dupont Highway
                            Millsboro, Delaware 19966
                            (302) 934-9400
                            Attorney for Plaintiff

DATED: January 31, 2007