IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | C.A. No.: 06-188-GMS |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | |
| Defendants. | |

**NOTICE OF DEPOSITION**

TO:  Roger A. Akin, Esq.
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

Robert K. Pearce, Esq.
Ferry, Joseph & Pearce, P.A.
P.O. Box 1351
Wilmington, DE 19899

Stephen Casarino, Esq.
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Carol Antoff, Esq.
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Charles P. Coates, III, Esq.
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Defendant, William J. Mitchell, on **Friday, March 16, 2007 at 1:00 p.m.** at 213 E. DuPont Highway, Millsboro, Delaware 19966.

DUCES TECUM: Deponent shall bring with him any documents in response to Plaintiff's Request for Production that have not been previously supplied, as well as the following: copies of any and all blueprints, building permits, inspection reports, certificate(s) of occupancy and release of liens pertaining to the property in question, and, copies of listing agreements and "open house" brochures pertaining to the property in question.

                          DOROSHOW, PASQUALE
                          KRAWITZ & BHAYA

/s/ JENNIFER S. DONAHUE, ESQUIRE
Attorney I.D. 4700
213 E. Dupont Highway
Millsboro, Delaware 19966
(302) 934-9400
Attorney for Plaintiff

DATED: January 31, 2007

cc:   Anthony Reporting
      Sandra Fluck

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | C.A. No.: 06-188-GMS |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be mailed two (2) copies of the foregoing Notice of Deposition this 31st day of January, 2007 to:

Roger A. Akin, Esq.
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

Stephen Casarino, Esq.
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Charles P. Coates, III, Esq.
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301

Robert K. Pearce, Esq.
Ferry, Joseph & Pearce, P.A.
P.O. Box 1351
Wilmington, DE 19899

Carol Antoff, Esq.
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

                                                DOROSHOW, PASQUALE
                                                  KRAWITZ & BHAYA

                                              <u>/s/ JENNIFER S. DONAHUE, ESQUIRE</u>
                                              Attorney I.D. 4700
                                              213 E. Dupont Highway
                                              Millsboro, Delaware 19966
                                              (302) 934-9400
                                              Attorney for Plaintiff

DATED: January 31, 2007