**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SANDRA E. FLUCK, an individual, ) | |
| ) | C.A. No. 06-188 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | |
| HOENEN & MITCHELL, INC., a Delaware) | |
| corporation, BELLA VISTA ) | JURY TRIAL DEMANDED |
| DEVELOPMENT, LLC, a Virginia ) | |
| corporation, BELLA VISTA TOWNHOME ) | |
| CONDOMINIUM ASSOCIATION, INC., a ) | |
| Delaware Corporation, RE/MAX REALTY ) | |
| GROUP, a Delaware franchise, ) | |
| WILLIAM J. MITCHELL, individually, ) | |
| and WAYNE MITCHELL, individually, ) | |
| ) | |
| Defendants. ) | |

### ANSWER OF WILLIAM J. MITCHELL TO CROSSCLAIM OF BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC.

38. Denied.

39. Denied.

                                              CASARINO, CHRISTMAN & SHALK

                                              /s/ Stephen P. Casarino
                                              STEPHEN P. CASARINO, ESQ
                                              I.D. No. 174
                                              800 N. King Street, Suite 200
                                              Wilmington, DE 19899-1276
                                              (302) 594-4500
                                              Attorney for the Defendant William J. Mitchell

DATED: February 5, 2007

## CERTIFICATE OF SERVICE

I, Stephen P. Casarino, Esq., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 5th day of February, 2007, a true and correct copy of the attached Answer of William J. Mitchell to Crossclaim of Bella Vista Townhome Condominium Association addressed to:

Jennifer S. Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East DuPont Highway
Millsboro, DE 19966

Carol J. Antoff, Esquire
Law Office of Cynthia G. Beam
131 Continental Drive, Suite 407
Newark, DE 19713

Roger A. Akin, Esquire
Akin & Herron, P.A.
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

CASARINO, CHRISTMAN & SHALK

  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant Bella Vista
Development, LLC