## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, an individual, | ) | |
| | ) | C.A. No. 06-188 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| HOENEN & MITCHELL, INC., a Delaware | ) | |
| corporation, BELLA VISTA | | ) JURY TRIAL DEMANDED |
| DEVELOPMENT, LLC, a Virginia | ) | |
| corporation, BELLA VISTA TOWNHOME | ) | |
| CONDOMINIUM ASSOCIATION, INC., a | ) | |
| Delaware Corporation, RE/MAX REALTY | ) | |
| GROUP, a Delaware franchise, | ) | |
| WILLIAM J. MITCHELL, individually, | ) | |
| and WAYNE MITCHELL, individually, | ) | |
| | ) | |
| Defendants. | ) | |

### ANSWER OF BELLA VISTA DEVELOPMENT, LLC
### AND WAYNE MITCHELL TO CROSSCLAIMS OF WILLIAM J. MITCHELL

38.    Denied.

39.    Denied.

                                        CASARINO, CHRISTMAN & SHALK


                                         /s/ Stephen P. Casarino
                                        STEPHEN P. CASARINO, ESQ
                                        I.D. No. 174
                                        800 N. King Street, Suite 200
                                        Wilmington, DE 19899-1276
                                        (302) 594-4500
                                        Attorney for the Defendant Bella Vista
                                        Development, LLC and Wayne Mitchell

DATED: February 6, 2007

## **CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 6th day of February, 2007, a true and correct copy of the attached Answer of Bella Vista Development, LLC and Wayne Mitchell to Crossclaim of William J. Mitchell addressed to:

> Jennifer S. Donahue, Esquire
> Doroshow, Pasquale, Krawitz & Bhaya
> 213 East DuPont Highway
> Millsboro, DE 19966
>
> Carol J. Antoff, Esquire
> Law Office of Cynthia G. Beam
> 131 Continental Drive, Suite 407
> Newark, DE 19713
>
> Roger A. Akin, Esquire
> Akin & Herron, P.A.
> 1220 N. Market Street, Suite 300
> P.O. Box 25047
> Wilmington, DE 19899

CASARINO, CHRISTMAN & SHALK

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant Bella Vista Development, LLC