IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | C.A. No.: 06-188-GMS |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, hereby certify that on February 12, 2007, I electronically filed **Defendant Bella Vista Townhome Condominium Association, Inc.'s Answers to Plaintiff's First Set of Interrogatories Directed to Defendant Bella Vista Townhome Condominium Association Inc., and Defendant Bella Vista Townhome Condominium Association, Inc.'s Responses to Plaintiff's Request for Production Directed to Defendant, Bella Vista Townhome Condominium Assocation, Inc.,** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jennifer S. Donahue, Esquire<br>Andrea G. Green, Esquire<br>Doroshow Pasquale Krawitz & Bhaya<br>213 E. Dupont Highway<br>Millsboro, DE 19966<br>Attorneys for Plaintiff | Stephen P. Casarino, Esquire<br>Casarino, Christman & Shalk, P.A.<br>800 North King Street<br>P.O. Box 1276<br>Wilmington, DE 19899<br>Attorney for Bella Vista Development LLC<br>and Wayne Mitchell |

Roger A. Akin, Esquire
Akin & Herron, P.A.
1500 Shallcross Avenue, Suiet 1-A
Wilmington, DE 19806
Attorney for Resort Realty Group, Inc., and William J. Mitchell

 

LAW OFFICE OF CYNTHIA G. BEAM

/s/ Carol J. Antoff
Carol J. Antoff, Esquire (Bar I.D. 3601)
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301
(302) 292-6660
ANTOFFC@NATIONWIDE.COM
Attorney for Defendant Bella Vista Townhome
Condominium Association, Inc.

Date: February 12, 2007