IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, an individual, | ) | C.A. No.: 06-188GMS |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC | ) | |
| a Virginia corporation, BELLA VISTA | ) | |
| TOWNHOME CONDOMINIUM | ) | |
| ASSOCIATION, INC., a Delaware | ) | |
| corporation, RESORT REALTY GROUP | ) | |
| INC., a Delaware corporation, | ) | |
| WILLIAM J. MITCHELL, individually, | ) | |
| and WAYNE MITCHELLE, | ) | |
| Individually. | ) | |

**NOTICE OF SERVICE OF DISCOVERY
AND/OR RESPONSE TO DISCOVERY
(BY U.S. MAIL POSTAGE PREPAID)**

Now comes the undersigned pursuant to Superior Court Rule 5(d) hereby certifies that Defendant's Request for Production Directed to Plaintiff were sent together with this Notice of Service of Discovery to

> Jennifer S. Donahue, Esquire
> Andrea G. Green, Esquire
> Doroshow, Pasquale, Krawitz & Bhaya
> 213 East Dupont Highway
> Millsboro, DE 19966
> Attorney for Plaintiff
> 302-934-9400

by first class mail.

*/s/ Carol J. Antoff*
_____

**Carol J. Antoff, Esquire (I.D. #3601)**
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301
(302) 292-6660
Attorney for Defendant Bella Vista Condo
Association, Inc.