IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 06-188-GMS |
| v. | ) | |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC, | ) | |
| a Virginia corporation, BELLA VISTA | ) | TRIAL BY A JURY DEMANDED |
| TOWNHOME CONDOMINIUM | ) | |
| ASSOCIATION, INC., a Delaware | ) | |
| Corporation, RESORT REALTY GROUP, | ) | |
| INC.,a Delaware corporation, WILLIAM J. | ) | |
| MITCHELL, individually, and WAYNE | ) | |
| MITCHELL, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX TO DEFENDANT RESORT REALTY GROUP, INC.'S OPENING
BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

FERRY, JOSEPH & PEARCE, P.A.

/s/Robert K. Pearce
ROBERT K. PEARCE, ESQ. (I.D. No. 191)
THOMAS R. RIGGS, ESQ. (I.D. No. 4631)
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
rpearce@ferryjoseph.com
Attorneys for Defendant
Resort Realty Group, Inc.

Dated: January 20, 2007

# **TABLE OF CONTENTS**

Correspondence from Robert K. Pearce, Esq. to Jennifer S.
Donahue, Esq. dated August 31, 2006 .................................... A-1

Correspondence from Jennifer S. Donahue, Esq.
to Robert K. Pearce, Esq. dated September 12, 2006 ..................... A-2-3

Correspondence from Robert K. Pearce, Esq. to Jennifer S.
Donahue, Esq. dated September 15, 2006 ................................ A-4

Correspondence from Jennifer S. Donahue, Esq.
to Robert K. Pearce, Esq. dated October 12, 2006 ....................... A-5

Correspondence from Robert K. Pearce, Esq. to Jennifer S.
Donahue, Esq. dated October 23, 2006 .................................. A-6

Correspondence from Robert K. Pearce, Esq. to Jennifer S.
Donahue, Esq. dated November 2, 2006 .................................. A-7

Joint Status Report, November 13, 2006 ................................ A-8-10

Correspondence from Jennifer S. Donahue, Esq.
to Robert K. Pearce, Esq. dated December 19, 2006 ..................... A-11

Correspondence from Robert K. Pearce, Esq. to Jennifer S.
Donahue, Esq. dated December 27, 2006 ................................. A-12

THE INFORMATION CONTAINED THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE. THANK YOU

# FERRY, JOSEPH & PEARCE, P.A.
ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS**
STEVEN G. WEILER++
THOMAS R. RIGGS

(* ALSO PA BAR)
(+ ALSO NJ BAR)
(** ALSO MA AND NY BARS)
(++ NJ BAR ONLY)

TELEFAX
(302)575-1714

www.ferryjoseph.com

Arthur F. DiSabatino
(1938-2001)

August 31, 2006

rpearce@ferryjoseph.com

Via Facsimile (302) 934-8400
Jennifer S. Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 E. DuPont Highway
Millsboro, DE 19966

Re:   Fluck v. Re/Max Realty Group

Dear Jennifer:

This will confirm our telephone conversation of August 30, 2006. In short, I advised you that I have been retained by State Farm to represent ReMax Realty Group in this matter. I further advised you that it appears that the service of the complaint upon ReMax was purportedly made by serving William Mitchell and that since Mr. Mitchell is not authorized to accept service for ReMax, I believe that service was not perfected. In any event, the principal of ReMax advises me that he did not received the complaint. You were kind enough to agree to withdraw the motion for default judgment that has been filed against ReMax. Your agreement was conditioned upon a confirmation from me that there are no insurance coverage issues.

It is my understanding that you will file a withdrawal of the motion for default judgment. I advised you that I would accept service on behalf of ReMax. Thereafter, I will file an answer.

Thank you for your cooperation.

Sincerely,

Robert K. Pearce

RKP/mec

A-1

cc:   Mr. Robert Reed



**Law Offices**

**DOROSHOW PASQUALE KRAWITZ & BHAYA**

ERIC M. DOROSHOW, DE, PA, DC
ROBERT PASQUALE, DE, PA
ARTHUR M. KRAWITZ, DE, PA
SHAKUNTLA L. BHAYA, DE, PA
MARY C. BOUDART, DE
DONALD E. GREGORY, DE
DEBRA C. ALDRICH, DE, PA
DONALD E. MARSTON, DE
ANDREA G. GREEN, DE, MD
JESSICA LEWIS WELCH, DE

· · · · ·

ANGELA PINTO ROSS, DE
KAREN Y. VICKS, DE, NJ, PA
MATTHEW R. FOGG, DE, NJ
CYNTHIA H. PRUITT, DE
NINA PAPPOULIS, DE
TARA A. BLAKELY, DE
JENNIFER S. DONAHUE, DE, NJ
DEBORAH J. GALONSKY, DE, NJ
JENNIFER M. MENSINGER, DE
TARA E. BUSTARD, NJ, PA
CHRISTINA L. YEAGER, NJ
NICOLE M. EVANS, DE

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9883

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S. DuPont Highway
P.O. Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W. Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E. DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-6400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-7744
Facsimile: (302) 424-1176

World Wide Web
www.dplaw.com

September 12, 2006

PLEASE RESPOND TO:

213 E. Dupont Highway
Millsboro, DE 19966

Writer's Direct E-mail:
JenniferDonahue@dplaw.com

Writer's Direct Dial:
(302) 934-9400

Robert K. Pearce, Esq.
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

RECEIVED

SEP 1 3 2006

ROBERT K. PEARCE

RE: *Fluck v. Bella Vista, et. al.*
    Case No. 06-188

Dear Bob:

I am in receipt of your letter dated September 5, 2006 regarding the above-referenced matter. Kindly confirm that you will be accepting service of the Amended Complaint on behalf of ReMax Realty Group.

Per your request, please be advised that my client's family physicians in the ten (10) years prior to the accident are as follows:

- Dr. Deborah Bren, 1365 Blue Mountain Drive, Danielsville, PA 18038
- Dr. Melinda Toney, 623 W. Union Boulevard, Bethlehem, PA 18015

My client has received treatment for injuries sustained in the accident from the following medical providers:

- Dr. Patrick Brogle, 800 Ostrum Street, Suite 202, Bethlehem, PA 18015
- Beebe Medical Center, 424 Savannah Road, Lewes, DE 19958
- St. Luke's North Rehabilitation Services, 153 Brodhead Road, Bethlehem, PA 18015
- Lehigh Valley Acupuncture Center, 101 Bridge Street, Catasauqua, PA 18032

A-2

Robert K. Pearce, Esq.
9/12/2006
Page 2

- Dr. Steele of First State Orthopaedics Medical Arts Pavilion, Suite 228 4745 Ogletown-Stanton Rd., Newark, DE 19713-1338

Finally, my client has been employed with Moravian College, 1200 Main Street, Bethlehem, PA 18018 during the last ten (10) years to the present.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

JENNIFER S. DONAHUE
Attorney at Law

JSD/mlk
cc: Sandra Fluck

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE. THANK YOU.

Case 1:06-cv-00188-GMS   Document 56   Filed 02/20/2007   Page 6 of 14

FERRY, JOSEPH & PEARCE, P.A.
ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS**
STEVEN G. WEILER++
THOMAS R. RIGGS

(* ALSO PA BAR)
(+ ALSO NJ BAR)
(** ALSO MA AND NY BARS)
(++ NJ BAR ONLY)

TELEFAX
(302)575-1714

www.ferryjoseph.com

Arthur F. DiSabatino
(1938-2001)

September 15, 2006

rpearce@ferryjoseph.com

Via Facsimile (302) 934-8400
Jennifer S. Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 E. DuPont Highway
Millsboro, DE 19966

Re: Fluck v. Re/Max Realty Group

Dear Jennifer:

Thank you for your letter of September 12, 2006. This will confirm that I will accept service on behalf of Re/Max Realty Group. I look forward to receiving the signed medical records authorization and the signed employment records authorization.

Sincerely,

Robert K. Pearce

RKP/mec

A-4



**Law Offices**
**DOROSHOW**
**PASQUALE**
**KRAWITZ**
**& BHAYA**
Est. 1978

ERIC M. DOROSHOW, DE, PA, DC
ROBERT PASQUALE, DE, PA
ARTHUR M. KRAWITZ, DE, PA
SHAKUNTLA L BHAYA, DE, PA
MARY C. BOUDART, DE
DONALD E. GREGORY, DE
DEBRA C. ALDRICH, DE, PA
DONALD E. MARSTON, DE
ANDREA G. GREEN, DE, MD
JESSICA LEWIS WELCH, DE

· · · · ·

ANGELA PINTO ROSS, DE
KAREN Y. VICKS, DE, NJ, PA
MATTHEW R. FOGG, DE, NJ
CYNTHIA H. PRUITT, DE
NINA PAPPOULIS, DE
TARA A. BLAKELY, DE
JENNIFER S. DONAHUE, DE, NJ
DEBORAH J. GALONSKY, DE, NJ
JENNIFER M. MENSINGER, DE
TARA E. BUSTARD, NJ, PA
CHRISTINA L. YEAGER, NJ
NICOLE M. EVANS, DE

---

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9883

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S. DuPont Highway
P.O. Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W. Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E. DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-7744
Facsimile: (302) 424-1170

*World Wide Web*
www.dnhrv.com

RECEIVED
OCT 16 2006
ROBERT K. PEARCE

October 12, 2006

PLEASE RESPOND TO:

213 E. Dupont Highway
Millsboro, DE 19966

Writer's Direct E-mail:
JenniferDonahue@dplaw.com

Writer's Direct Dial:
(302) 934-9400

Robert K. Pearce, Esq.
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

RE: *Fluck v. Bella Vista, et. al.*
    Docket No. 1:06-CV-188 GMS

Dear Bob:

Kindly advise me when you will be filing an Answer on behalf your clients regarding the above-referenced matter.

I look forward to hearing from you.

Very truly yours,

JENNIFER S. DONAHUE
Attorney at Law

JSD/mlk
Enclosures
cc: Sandra Fluck (w/o enc.) A-5

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE. THANK YOU

Case 1:06-cv-00188-GMS   Document 102   Filed 02/20/2007   Page 8 of 14

# FERRY, JOSEPH & PEARCE, P.A.
ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS**
STEVEN G. WEILER++
THOMAS R. RIGGS

(* ALSO PA BAR)
(+ ALSO NJ BAR)
(** ALSO MA AND NY BARS)
(++ NJ BAR ONLY)

TELEFAX
(302)575-1714

www.ferryjoseph.com

Arthur F. DiSabatino
(1938-2001)

October 23, 2006

rpearce@ferryjoseph.com

Via Facsimile (302) 934-8400
Jennifer S. Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 E. DuPont Highway
Millsboro, DE 19966

Re: Fluck v. Re/Max Realty Group

Dear Jennifer:

I have received your letter of October 12, 2006. Pursuant to our telephone conversation, which was memorialized in my letter of August 31, 2006, I had agreed to accept service of the complaint for Remax and stated that I would file an Answer once I had been served with the complaint. As of this date, I have not been served with the complaint, and therefore, I have not filed an answer. I reiterate that I will file an answer as soon as I am properly served with the complaint.

Please contact me if you have any questions.

Sincerely,

Bob Pearce

Robert K. Pearce

RKP/mec

A-6

THE INFORMATION CONTAIN    IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE. THANK YOU

# FERRY, JOSEPH & PEARCE, P.A.
ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

TELEFAX
(302)575-1714

www.ferryjoseph.com

Arthur F. DiSabatino
(1938-2001)

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS**
STEVEN G. WEILER++
THOMAS R. RIGGS

(* ALSO PA BAR)
(+ ALSO NJ BAR)
(**ALSO MA AND NY BARS)
(++NJ BAR ONLY)

November 2, 2006

rpearce@ferryjoseph.com

Via Facsimile (302) 934-8400
Jennifer S. Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 E. DuPont Highway
Millsboro, DE 19966

Re:    Fluck v. Re/Max Realty Group

Dear Jennifer:

Following our last telephone conversation, I reviewed the docket entries and the amended complaint. It appears that you have not sued the correct party. The named defendant, Re/Max Realty Group, is not a legal entity. Rather, it is a trade name under which Resort Realty Group, Inc. does business. Under these circumstances, I think that I have no alternative but to insist that, as stated in my original letter, the amended complaint must be formally served. I reiterate that I have authority from my client to accept service on its behalf. I will leave it up to you to determine whether or not to amend the complaint to add to the correct defendant, but I reiterate that the amended complaint in its current form does not name a legal entity.

Please contact me if you have any questions.

Sincerely,

Robert K. Pearce

A-7

RKP/mec

cc:    Mr. Robert Reed

November 13, 2006

**VIA E-FILING**
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE:   *Sandra Fluck v. Bella Vista Development, LLC, Bella Vista Townhome Condominium Association Inc., Re/Max Realty Group, William J. Mitchell and Wayne Mitchell*
C.A. No.: 1:06-cv-00188 GMS

Dear Judge Sleet:

Please accept this letter as the parties' Joint Status Report in preparation for the Scheduling Conference on November 21, 2006.

### Jurisdiction and Service

This action arises from personal injuries sustained by the Plaintiff in a slip and fall accident on June 27, 2004. The Court retains jurisdiction as this action is between citizens of different states and Plaintiff contends that the amount in controversy exceeds $75,000.00. At this time, Defendant Re/Max Realty is not yet subject to the Court's jurisdiction as formal service has not yet been perfected.

### Substance of the Action

The legal basis for Plaintiff's claims is that the Defendants maintained a dangerous condition on their property, that the condition caused the injuries complained of, and that the condition causing the injury was placed there by the Defendants or allowed to remain after the Defendants knew or should have known of its existence. Defendants' defenses include: Plaintiff's failure to maintain a proper lookout; contributory/comparative negligence; failure to state a cause of action; assumption of the risk of injury; failure to exercise proper control over her bodily movements in a way that would have reasonably prevented the accident and alleged injuries; and Plaintiff's injuries/damages are the proximate result of an unavoidable accident.

### Identification/Narrowing of the Issues

Liability and damages are currently in dispute.

A-8

The Honorable Gregory M. Sleet
Fluck v. Bella Vista et al.
November 13, 2006
Page 2

## Relief

Plaintiff seeks compensatory damages for her pain, suffering, lost wages, and medical bills (past, present and future) in an amount in excess of the Court's diversity jurisdiction amount.

## Amendment of Pleadings

Plaintiff filed an Amended Complaint on June 16, 2006. It is likely that Plaintiff will be filing a Motion to Amend the Complaint to correct the identification of Defendant Re/Max Realty Group, by naming Defendant Resort Realty Group, Inc.

## Discovery

Discovery in this matter is ongoing. The parties anticipate six (6) months for completion of discovery.

## Trial

A jury trial has been demanded by all parties. The parties do not believe that bifurcation of the issues will be necessary. Estimated trial length is three (3) days.

## Settlement Negotiations

As liability has been denied, settlement negotiations have not yet taken place. As discovery proceeds, Plaintiff would anticipate entering into settlement negotiations. Plaintiff suggests referral to the Magistrate for mediation.

Counsel for the parties have conferred about each issue as stated above.

Respectfully Submitted,

/s/ Jennifer S. Donahue
JENNIFER S. DONAHUE (ID #4700)
Attorney for Plaintiff

/s/ Stephen P. Casarino
STEPHEN P. CASARINO (ID #174)
Attorney for Defendants Bella Vista Development/Wayne Mitchell

A-9

The Honorable Gregory M. Sleet
Fluck v. Bella Vista et al.
November 13, 2006
Page 3

>*/s/ Charles P. Coates*
>CHARLES P. COATES (ID # 917)
>Attorney for Defendant Bella Vista Townhome/Condo. Assoc. Inc.


>*/s/ Roger A. Akin*
>ROGER A. AKIN (ID # 395)
>Attorney for Defendant William J. Mitchell

**Law Offices**

**DOROSHOW PASQUALE KRAWITZ & BHAYA**
Est. 1978

ERIC M. DOROSHOW, DE, PA, DC
ROBERT PASQUALE, DE, PA
ARTHUR M. KRAWITZ, DE, PA
SHAKUNTLA L. BHAYA, DE, PA
MARY C. BOUDART, DE
DONALD E. GREGORY, DE
DEBRA C. ALDRICH, DE, PA
DONALD E. MARSTON, DE
ANDREA G. GREEN, DE, MD
JESSICA LEWIS WELCH, DE

• • • • •

ANGELA PINTO ROSS, DE
KAREN Y. VICKS, DE, NJ, PA
MATTHEW R. FOGG, DE, NJ
CYNTHIA H. PRUITT, DE
NINA PAPPOULIS, DE
TARA A. BLAKELY, DE
JENNIFER S. DONAHUE, DE, NJ
DEBORAH J. GALONSKY, DE, NJ
JENNIFER M. MENSINGER, DE
TARA E. BUSTARD, NJ, PA
CHRISTINA L. YEAGER, NJ
NICOLE M. EVANS, DE

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9883

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S. DuPont Highway
P.O. Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W. Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E. DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-7744
Facsimile: (302) 424-1176

World Wide Web
www.dplaw.com

December 19, 2006

RECEIVED
DEC 21 2006
ROBERT K. PEARCE

PLEASE RESPOND TO:

213 E. Dupont Highway
Millsboro, DE 19966
(302) 934-9400

Writer's Direct E-mail:
JenniferDonahue@dplaw.com

Robert K. Pearce, Esq.
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

RE: *Fluck v. Bella Vista, et. al.*
Docket No. 1:06-CV-188 GMS

Dear Mr. Pearce:

Enclosed please find a filed copy of the Stipulation to Amend the Complaint in the above-referenced matter.

Kindly advise whether you will accept service on behalf of your client or whether I need to pursue formal service through the Sheriff.

Thank you for your attention to this matter.

Very truly yours,

JENNIFER S. DONAHUE
Attorney at Law

JSD/mlk
Enclosure
cc: Sandra Fluck (w/o enc.)

A-11

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE. THANK YOU

Case 1:06-cv-00488-GMS    Document 58    Filed 02/26/2007    Page 14 of 14

# FERRY, JOSEPH & PEARCE, P.A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555
FAX (302) 575-1714

www.ferryjoseph.com

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

THOMAS HERLIHY, III
OF COUNSEL

ARTHUR F. DiSABATINO
(1952-2001)

(* ALSO PA BAR)
(+ ALSO NJ BAR)
(** ALSO FL, MA AND NY BARS)
(++ NJ BAR ONLY)

December 27, 2006

Via Facsimile (302) 934-8400
Jennifer S. Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 E. DuPont Highway
Millsboro, DE 19966

Re: <u>Fluck v. Re/Max Realty Group</u>

Dear Jennifer:

I have received your letter of December 19, 2006. I reiterate my willingness to accept service of the Amended Complaint on behalf of my client. I have never stated, however, that I would dispense with formal service of the Amended Complaint. In other words, the Sheriff's office should serve me with the Amended Complaint. Thereafter, I will file an Answer.

Sincerely,

Robert K. Pearce/TPR

Robert K. Pearce

RKP/tt

cc: Robert Reed

A-12