IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, ) | C.A. No.: 06-188GMS |
| ) | |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| ) | |
| v. ) | |
| ) | |
| BELLA VISTA DEVELOPMENT, LLC ) | |
| a Virginia corporation, BELLA VISTA ) | |
| TOWNHOME CONDOMINIUM ) | |
| ASSOCIATION, INC., a Delaware ) | |
| corporation, RESORT REALTY GROUP ) | |
| INC., a Delaware corporation, ) | |
| WILLIAM J. MITCHELL, individually, ) | |
| and WAYNE MITCHELLE, ) | |
| Individually. ) | |

**RESPONSE OF DEFENDANT BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION TO RESORT REALTY GROUP'S MOTION TO DISMISS**

NOW COMES, Defendant Bella Vista Townhome Condominium Association, Inc., by and through its counsel, and hereby states that it takes no position regarding Co-Defendant Resort Reatly Group, Inc.'s Motion to Dismiss.

LAW OFFICE OF CYNTHIA G. BEAM

_/s/ Carol J. Antoff_
Carol J. Antoff, Esquire (Bar I.D. 3601)
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301
(302) 292-6660
Attorney for Defendant Bella Vista Townhome Condominium Association, Inc.

Date: February 23, 2007

## CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, hereby certify that a true and correct copy or copies of the foregoing document(s):

**Response of Defendant Bella Vista Townhome Condominium Association to Resort Realty Group's Motion to Dismiss**

were delivered by electronic filing on February 23, 2007 to:

Jennifer S. Donahue, Esquire
Andrea G. Green, Esquire
Doroshow Pasquale Krawitz & Bhaya
213 E. Dupont Highway
Millsboro, DE 19966
Attorneys for Plaintiff

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899
Attorney for Bella Vista Development LLC

Roger A. Akin, Esquire
Akin & Herron, P.A.
1500 Shallcross Avenue, Suiet 1-A
Wilmington, DE 19806
Attorney for William Mitchell & Wayne Mitchell

LAW OFFICE OF CYNTHIA G. BEAM

*/s/ Carol J. Antoff*
Carol J. Antoff, Esquire (Bar I.D. 3601)
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301
(302) 292-6660
Attorney for Defendant Bella Vista Townhome Condominium Association, Inc.