## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, an individual, | : | **C.A. No.: 06-188-GMS** |
| | : | |
| Plaintiff, | : | |
| | : | **JURY DEMAND** |
| v. | : | |
| | : | |
| BELLA VISTA DEVELOPMENT, LLC, a | : | |
| Virginia corporation, BELLA VISTA | : | |
| TOWNHOME CONDOMINIUM | : | |
| ASSOCIATION, INC., a Delaware | : | |
| corporation, RESORT REALTY GROUP, | : | |
| INC., a Delaware corporation, WILLIAM J. | : | |
| MITCHELL, individually, and WAYNE | | |
| MITCHELL, individually, | | |
| | | |
| Defendants. | | |

### PLAINTIFF'S RESPONSE TO DEFENDANT RESORT REALTY GROUP, INC.'S MOTION TO DISMISS

Plaintiff Sandra Fluck (Plaintiff), by and through her undersigned counsel, hereby moves this Court for an Order denying Defendant Resort Realty Group Inc.'s (Defendant) Motion to Dismiss.

Plaintiff respectfully refers the Court to the factual assertions and legal arguments made in Plaintiff's Answering Brief, filed contemporaneously herewith and included herein by reference.

WHEREFORE, Plaintiff respectfully requests this Court to deny Defendant's Motion to Dismiss the Complaint.

DOROSHOW, PASQUALE, KRAWITZ & BHAYA

/s/ ANDREA G. GREEN, ESQUIRE
Attorney I.D. No.: 2487
/s/ JENNIFER S. DONAHUE, ESQUIRE
Attorney I.D. No.: 4700
213 East Dupont Highway
Millsboro, DE 19966
(302) 934-9400

Dated: March 2, 2007          Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, an individual, | : | **C.A. No.: 06-188-GMS** |
| | : | |
| Plaintiff, | : | |
| | : | **JURY DEMAND** |
| v. | : | |
| | : | |
| BELLA VISTA DEVELOPMENT, LLC, a | : | |
| Virginia corporation, BELLA VISTA | : | |
| TOWNHOME CONDOMINIUM | : | |
| ASSOCIATION, INC., a Delaware | : | |
| corporation, RESORT REALTY GROUP, | : | |
| INC., a Delaware corporation, WILLIAM J. | : | |
| MITCHELL, individually, and WAYNE | | |
| MITCHELL, individually, | | |
| | | |
| Defendants. | | |

## ORDER

AND NOW, this _____ day of _____, 2007, Defendant's Motion to Dismiss and

Plaintiff's Response having been presented to and considered by the Court,

IT IS HEREBY ORDERED that Defendant Resort Realty Group, Inc.'s motion is DENIED.


_____

The Honorable Gregory M. Sleet
United States District Court Judge

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, an individual, | : | **C.A. No.: 06-188-GMS** |
| | : | |
| Plaintiff, | : | |
| | : | **JURY DEMAND** |
| v. | : | |
| | : | |
| BELLA VISTA DEVELOPMENT, LLC, a | : | |
| Virginia corporation, BELLA VISTA | : | |
| TOWNHOME CONDOMINIUM | : | |
| ASSOCIATION, INC., a Delaware | : | |
| corporation, RESORT REALTY GROUP, | : | |
| INC., a Delaware corporation, WILLIAM J. | : | |
| MITCHELL, individually, and WAYNE | | |
| MITCHELL, individually, | | |
| | | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

I, Jennifer S. Donahue, Esquire, do hereby certify that on March 2, 2007, I electronically filed the Plaintiff's Response to Defendant's Motion to Dismiss with the Clerk of Court using CM/ECF which will send notification of such filing to the following person(s):

Robert K. Pearce, Esq.
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Stephen Casarino, Esq.
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Roger A. Akin, Esq.
1500 Shallcross Avenue, Suite 1-A
Wilmington, DE 19806

Carol Antoff, Esq.
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Charles P. Coates, III, Esquire
Christiana Executive Campus
Suite 407
131 Continental Drive
Newark, DE 19713-4301

DOROSHOW, PASQUALE, KRAWITZ & BHAYA

/s/ JENNIFER S. DONAHUE, ESQUIRE
Attorney I.D. No.: 4700
213 East Dupont Highway
Millsboro, DE 19966
(302) 934-9400
Attorneys for Plaintiffs