IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA F. FLUCK, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>BELLA VISTA DEVELOPMENT, LLC, )<br>a Virginia corporation, BELLA )<br>VISTA TOWNHOME CONDOMINIUM )<br>ASSOCIATION, INC., a Delaware )<br>corporation, REMAX REALTY )<br>GROUP, a Delaware franchise, )<br>WILLIAM J. MITCHELL, )<br>individually, and WAYNE )<br>MITCHELL, individually, )<br>)<br>    Defendants. ) | C.A. No. 06-188-GMS<br><br>JURY DEMAND OF SIX |

**NOTICE OF SERVICE**

I hereby certify that on this 15th day of March, 2007, a copy of **DEFENDANT WILLIAM J. MITCHELL'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** was faxed and mailed first class to counsel listed below:

Andrea G. Green, Esquire
Jennifer Susan Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East Dupont Highway
Millsboro, DE 19966

Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Carol J. Antoff, Esquire
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301

Stephen P. Casarino, Esquire  
Casarino, Christman & Shalk, P.A.  
800 North King Street  
P.O. Box 1276  
Wilmington, DE 19899

                                    **AKIN & HERRON, P.A.**

                                    <u>/s/ Roger A. Akin</u>  
                                    Roger A. Akin, I.D. No. 395  
                                    1500 Shallcross Avenue  
                                    Wilmington, DE 19806  
                                    (302) 427-6989  
                                    Attorneys for Defendant  
                                    William J. Mitchell

H:\tmw5\data\files\Docs\3651.049\NOS\7097.WPD