IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | **C.A. No.: 06-188-GMS** |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | |
| Defendants. | |

### RE-NOTICE OF DEPOSITION

TO:  Stephen Casarino, Esq.                     Carol Antoff, Esq.
     Casarino, Christman & Shalk, P.A.          1001 Jefferson Plaza, Suite 202
     800 North King Street, Suite 200           Wilmington, DE 19801
     P.O. Box 1276
     Wilmington, DE 19899

     Roger A. Akin, Esq.                        Robert K. Pearce, Esq.
     1220 N. Market Street, Suite 300           Ferry, Joseph & Pearce, P.A.
     P.O. Box 25047                             P.O. Box 1351
     Wilmington, DE 19899                       Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Defendant, Wayne Mitchell, on **Monday, April 9, 2007 @ 10:00 AM.** at 213 E. DuPont Highway, Millsboro, Delaware 19966.

DUCES TECUM: Deponent shall bring with him any documents in response to Plaintiff's Request for Production that have not been previously supplied, as well as the following: copies of any and all blueprints, building permits, inspection reports, certificate(s) of occupancy and release of liens pertaining to the property in question, and, copies of listing agreements and "open house" brochures pertaining to the property in question.

                                       DOROSHOW, PASQUALE
                                       KRAWITZ & BHAYA

                                       /s/ JENNIFER S. DONAHUE, ESQUIRE
                                       Attorney I.D. 4700
                                       213 E. Dupont Highway
                                       Millsboro, Delaware 19966
                                       (302) 934-9400
                                       Attorney for Plaintiff

DATED: March 22, 2007

cc:     Anthony Reporting
        Sandra Fluck

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | **C.A. No.: 06-188-GMS** |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be mailed two (2) copies of the foregoing Notice of Deposition this 22nd day of March, 2007 to:

Stephen Casarino, Esq.
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Carol Antoff, Esq.
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Roger A. Akin, Esq.
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

Robert K. Pearce, Esq.
Ferry, Joseph & Pearce, P.A.
P.O. Box 1351
Wilmington, DE 19899

                            DOROSHOW, PASQUALE
                              KRAWITZ & BHAYA


/s/ JENNIFER S. DONAHUE, ESQUIRE
Attorney I.D. 4700
213 E. Dupont Highway
Millsboro, Delaware 19966
(302) 934-9400
Attorney for Plaintiff

DATED: March 22, 2007