IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | **C.A. No.: 06-188 GMS** |
| Plaintiff, | |
| v. | **JURY DEMAND OF SIX** |
| BELLA VISTA DEVELOPMENT, LLC., a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RESORT REALTY GROUP INC., a Delaware corporation, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, JENNIFER S. DONAHUE, ESQ., hereby state that on this 27th day of March, 2007, I have forwarded via regular mail, true and correct copies of the Plaintiff's Responses to Defendant Bella Vista Townhome Condominium Association Inc.'s Request for Production of Documents to:

Carol J. Antoff, Esq.
Christianna Executive Campus
131 Continental Drive, Suite 407
Newark, DE  19713-4301

                                                                     DOROSHOW, PASQUALE,
                                                                      KRAWITZ, & BHAYA

                                                                      /s/ ANDREA G. GREEN, ESQ.
                                                                      /s/ <u>JENNIFER S. DONAHUE, ESQ.</u>
                                                                      Attorney I.D. 4700
                                                                      213 E. Dupont Highway
                                                                      Millsboro, Delaware 19966
                                                                      (302) 934-9400
                                                                      Attorneys for Plaintiff

DATED: March 27, 2007