AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Delaware**

Sandra Fluck

v.

Bella Vista et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-188 GMS

TO: (Name and address of Defendant)

Resort Realty Group Inc.
C/o Robert Pearce, ESQ.
824 N. Market St., Suite 904
PO Box 1351
Wilmington DE 19899

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jennifer S. Donahue, ESQ.
Andrea G. Green, ESQ.
213 E. Dupont Hwy.
Millsboro DE 19966

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    JAN 2 6 2007

CLERK                                              DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

Sandra Fluck
Plaintiff(s)
v
Bella Vista, et al.
Defendant(s)

Case No: 06-188 GMS

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served Resort Realty Group Inc.

with the (the documents): Summons and Complaint

Person Served: Ms. Grenda

Service Address: 824 N. Market Street, Suite 904, Wilmington, DE 19801

Date of Service: 1/31/2007        Time of Service: 1:18 p.m.

**Manner of Service:** ( ) By personally delivering copies to the person/authorized agent of entity being served.
(X) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address     ( ) Evading               ( ) Moved, left no forwarding
( ) Address does not exist ( ) Service canceled by Litigant ( ) Unable to serve in a timely fashion
( ) Other

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____, _____ at _____, _____ at _____, _____ at _____,

**Description:** Age: 35  Sex: F  Race: W  Hgt: 5'5"  Wgt: 135  Hair: B  Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

February 1, 2007   at   Wilmington,   Delaware
Date                    City          State

Harry Cederholm, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on February 1, 2007

Witness My Hand and Official Seal To

Kimberly J. Ryan  My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

A 12