IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | C.A. No.: 06-188-GMS |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | |
| Defendants. | |

## RE-NOTICE OF DEPOSITION

TO:  Stephen Casarino, Esq.  
     Casarino, Christman & Shalk, P.A.  
     800 North King Street, Suite 200  
     P.O. Box 1276  
     Wilmington, DE 19899  

Carol Antoff, Esq.  
1001 Jefferson Plaza, Suite 202  
Wilmington, DE 19801  

Roger A. Akin, Esq.  
1220 N. Market Street, Suite 300  
P.O. Box 25047  
Wilmington, DE 19899  

Robert K. Pearce, Esq.  
Ferry, Joseph & Pearce, P.A.  
P.O. Box 1351  
Wilmington, DE 19899  

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Defendant, Wayne Mitchell, on **Friday, May 11, 2007 @ 12:00 noon** at 911 S. DuPont Highway, Dover, Delaware 19901.

  <u>DUCES TECUM</u>:  Deponent shall bring with him any documents in response to Plaintiff's Request for Production that have not been previously supplied, as well as the following:  copies of any and all blueprints, building permits, inspection reports, certificate(s) of occupancy and release of liens pertaining to the property in question, and, copies of listing agreements and "open house" brochures pertaining to the property in question.

               DOROSHOW, PASQUALE
               KRAWITZ & BHAYA


               <u>/s/ JENNIFER S. DONAHUE, ESQUIRE</u>
               Attorney I.D. 4700
               213 E. Dupont Highway
               Millsboro, Delaware 19966
               (302) 934-9400
               Attorney for Plaintiff

DATED:  April 4, 2007


cc:  Anthony Reporting
   Sandra Fluck

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | C.A. No.: 06-188-GMS |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be mailed two (2) copies of the foregoing Notice of Deposition this 4th day of April, 2007 to:

Stephen Casarino, Esq.
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Roger A. Akin, Esq.
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

Carol Antoff, Esq.
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Robert K. Pearce, Esq.
Ferry, Joseph & Pearce, P.A.
P.O. Box 1351
Wilmington, DE 19899

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

/s/ JENNIFER S. DONAHUE, ESQUIRE
Attorney I.D. 4700
213 E. Dupont Highway
Millsboro, Delaware 19966
(302) 934-9400
Attorney for Plaintiff