IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA F. FLUCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-188-GMS |
| ) | |
| BELLA VISTA DEVELOPMENT, LLC, ) | JURY DEMAND OF SIX |
| a Virginia corporation, BELLA ) | |
| VISTA TOWNHOME CONDOMINIUM ) | |
| ASSOCIATION, INC., a Delaware ) | |
| corporation, REMAX REALTY ) | |
| GROUP, a Delaware franchise, ) | |
| WILLIAM J. MITCHELL, ) | |
| individually, and WAYNE ) | |
| MITCHELL, individually, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 11th day of April, 2007, a copy of **DEFENDANT WILLIAM J. MITCHELL'S *DUCES TECUM* SUBPOENA** to the Sussex County Building Code Department was mailed first class to counsel listed below:

Andrea G. Green, Esquire
Jennifer Susan Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East Dupont Highway
Millsboro, DE 19966

Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Carol J. Antoff, Esquire
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899

**AKIN & HERRON, P.A.**

/s/ Roger A. Akin
Roger A. Akin, I.D. No. 395
1500 Shallcross Avenue
Wilmington, DE 19806
(302) 427-6989
Attorneys for Defendant
William J. Mitchell

H:\tmw5\data\files\Docs\3651.049\NOS\7354.WPD