**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SANDRA E. FLUCK, an individual, ) | |
| ) | C.A. No. 06-188 GMS |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | |
| HOENEN & MITCHELL, INC., a Delaware) | |
| corporation, BELLA VISTA ) | JURY TRIAL DEMANDED |
| DEVELOPMENT, LLC, a Virginia ) | |
| corporation, BELLA VISTA TOWNHOME ) | |
| CONDOMINIUM ASSOCIATION, INC., a ) | |
| Delaware Corporation, RE/MAX REALTY ) | |
| GROUP, a Delaware franchise, ) | |
| WILLIAM J. MITCHELL, individually, ) | |
| and WAYNE MITCHELL, individually, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have mailed from 800 North King Street, Suite 200, Wilmington, DE 19801, on this 27th day of April, 2007, a two true and correct copies of Bella Vista Development, LLC and Wayne Mitchell Answer to Plaintiff's Interrogatories addressed to:

Jennifer S. Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East DuPont Highway
Millsboro, DE 19966

Carol J. Antoff, Esquire
Law Office of Cynthia G. Beam
131 Continental Drive, Suite 407
Newark, DE 19713

Roger A. Akin, Esquire
Akin & Herron, P.A.
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

                                              CASARINO, CHRISTMAN & SHALK

                                              /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant Bella Vista Development, LLC