IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 06-188-GMS |
| v. ) | |
| ) | |
| BELLA VISTA DEVELOPMENT, LLC, ) | |
| a Virginia corporation, BELLA VISTA ) | TRIAL BY A JURY DEMANDED |
| TOWNHOME CONDOMINIUM ) | |
| ASSOCIATION, INC., a Delaware ) | |
| Corporation, RE/MAX REALTY GROUP, ) | |
| a Delaware franchise, WILLIAM J. ) | |
| MITCHELL, individually, and ) | |
| WAYNE MITCHELL, individually, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of Beverly Morgan at the office of Doroshow, Pasquale, Krawitz & Bhaya, 911 S. DuPont Highway, Dover, Delaware on **Friday, May 18, 2007 at 1:00 p.m.**

FERRY, JOSEPH & PEARCE, P.A.

/s/Robert K. Pearce
ROBERT K. PEARCE, ESQUIRE
I.D. No. 191
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302)575-1555
Attorney for Defendant
Resort Realty Group

cc:   Wilcox & Fetzer

Dated:   May 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this date two true and correct copies of **Notice of Deposition** were served electronically and first class mail upon the following:

Jennifer S. Donahue, Esquire
Andrea G. Green, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 E. DuPont Highway
Millsboro, DE 19966

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street
Wilmington, DE 19801

Roger A. Akin, Esquire
Akin & Herron, P.A.
1500 Shallcross Avenue
Suite 1-A
Wilmington, DE 19806

Carol Antoff, Esquire
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713

/s/Robert K. Pearce
ROBERT K. PEARCE, ESQUIRE
I.D. No. 191

Dated: May 14, 2007