IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
SANDRA F. FLUCK,                    )
                                    )
     Plaintiff,                     )
                                    )
     v.                             )   C.A. No. 06-188-GMS
                                    )
BELLA VISTA DEVELOPMENT, LLC,       )   JURY DEMAND OF SIX
a Virginia corporation, BELLA       )
VISTA TOWNHOME CONDOMINIUM          )
ASSOCIATION, INC., a Delaware       )
corporation, REMAX REALTY           )
GROUP, a Delaware franchise,        )
WILLIAM J. MITCHELL,                )
individually, and WAYNE             )
MITCHELL, individually,             )
                                    )
     Defendants.                    )
```

**NOTICE OF DEPOSITION**

TO:   Andrea G. Green, Esq.              Robert K. Pearce, Esq.
      Jennifer Susan Donahue, Esq.       Ferry, Joseph & Pearce, P.A.
      Doroshow, Pasquale, Krawitz &      824 North Market Street
      Bhaya                              Suite 904
      213 East Dupont Highway            P.O. Box 1351
      Millsboro, DE 19966                Wilmington, DE 19899

      Stephen P. Casarino, Esq.          Carol J. Antoff, Esq.
      Casarino, Christman & Shalk        Christiana Executive Campus
      800 North King Street              131 Continental Drive
      P.O. Box 1276                      Suite 407
      Wilmington, DE 19899               Newark, DE 19713

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of Charles C. Wheatley, Sussex County Building Code Department, on **Friday, June 22, 2007 at 1:00 p.m.** at the law offices of Doroshow, Pasquale, Krawitz & Bhaya located at 911 South DuPont Highway, Dover, DE.

  *  *DUCES TECUM:*  Witness shall bring with him to the deposition the entire contents of the Sussex County Building Department file pertaining to the approval, design, construction and inspection of all structures in the Bella Vista Townhome residential subdivision.  Those contents shall include, but not be limited to, correspondence, drawings, permits, inspection reports, memoranda, certificates of occupancy and the like.

                **AKIN & HERRON, P.A.**

                /s/ Roger A. Akin
                Roger A. Akin, I.D. No. 395
                1500 Shallcross Avenue
                Suite 1-A
                Wilmington, DE 19806
                (302) 427-6989
                Attorneys for Defendant
                William J. Mitchell

Date: May 31, 2007


cc:   Ambassador Legal



H:\tmw5\data\files\Docs\3651.049\NOD\7654.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA F. FLUCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-188-GMS |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC, | ) | JURY DEMAND OF SIX |
| a Virginia corporation, BELLA | ) | |
| VISTA TOWNHOME CONDOMINIUM | ) | |
| ASSOCIATION, INC., a Delaware | ) | |
| corporation, REMAX REALTY | ) | |
| GROUP, a Delaware franchise, | ) | |
| WILLIAM J. MITCHELL, | ) | |
| individually, and WAYNE | ) | |
| MITCHELL, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 31st day of May, 2007, a copy of

**DEFENDANT WILLIAM J. MITCHELL'S NOTICE OF DEPOSITION OF CHARLES C. WHEATLEY** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to attorneys listed below:

Andrea G. Green, Esquire
Jennifer Susan Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East Dupont Highway
Millsboro, DE 19966

Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Carol J. Antoff, Esquire
Christiana Executive Campus
131 Continental Drive, Suite 407

Newark, DE 19713-4301

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899

                                              **AKIN & HERRON, P.A.**

                                              <u>/s/ Roger A. Akin</u>
                                              Roger A. Akin, I.D. No. 395
                                              1500 Shallcross Avenue
                                              Suite 1-A
                                              Wilmington, DE 19806
                                              (302) 427-6989
                                              Attorneys for Defendant
                                              William J. Mitchell

H:\tmw5\data\files\Docs\3651.049\NOS\7655.WPD