IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, ) | C.A. No.: 06-188GMS |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| BELLA VISTA DEVELOPMENT, LLC ) | |
| a Virginia corporation, BELLA VISTA ) | |
| TOWNHOUSE CONDOMINIUM ) | |
| ASSOCIATION, INC., a Delaware ) | |
| corporation, RE/MAX REALTY GROUP, ) | |
| a Delaware Franchise, ) | |
| WILLIAM J. MITCHELL, individually, ) | |
| and WAYNE MITCHELLE, ) | |
| Individually. ) | |

## STIPULATION OF PARTIAL DISMISSAL

NOW COME the Parties, by and through their attorneys, and hereby STIPULATE that all claims and crossclaims against Defendant Bella Vista Townhouse Condominium Association, Inc. and all crossclaims made by Defendant Bella Vista Townhouse Condominium Association, Inc. against any Codefendants are hereby DISMISSED with Prejudice. The parties also do hereby agree that multiple copies of this Stipulation with individual signatures shall have the same purpose and effect as would a single copy containing all signatures.

_____
Jennifer S. Donahue, Esquire
Andrea G. Green, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East Dupont Highway
Millsboro, DE 19966
Attorney for Plaintiff

1 302 292 6668   THE LAW OFFICES   Nationwide Insurance   10 34 54 a m   07-05-2007   3 /3

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899
Attorney for Bella Vista Development LLC and Wayne Mitchell

*/s/ Roger A. Akin*
Roger A. Akin, Esquire
Akin & Herron, P.A.
1500 Shallcross Avenue, Ste. 1-A
Wilmington, DE 19806
Attorney for William J. Mitchell

Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 N. Market Street, Ste. 904
P.O. Box 1351
Wilmington, DE 19899
Attorney for Defendant RE/MAX Realty Group

Carol J. Antoff, Esquire
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713
Attorney for Defendant Bella Vista Townhome Condominium Association, Inc.

_____
Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899
Attorney for Bella Vista Development LLC and Wayne Mitchell

_____
Roger A. Akin, Esquire
Akin & Herron, P.A.
1500 Shallcross Avenue, Ste. 1-A
Wilmington, DE 19806
Attorney for William J. Mitchell

*/s/ Robert K. Pearce*  6/21/07
_____
Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 N. Market Street, Ste. 904
P.O. Box 1351
Wilmington, DE 19899
Attorney for Defendant RE/MAX Realty Group

*/s/ Carol J. Antoff*
_____
Carol J. Antoff, Esquire
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713
Attorney for Defendant Bella Vista Townhome
Condominium Association, Inc.

*[signature]*
Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899
Attorney for Bella Vista Development LLC and Wayne Mitchell


Roger A. Akin, Esquire
Akin & Herron, P.A.
1500 Shallcross Avenue, Ste. 1-A
Wilmington, DE 19806
Attorney for William J. Mitchell


Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 N. Market Street, Ste. 904
P.O. Box 1351
Wilmington, DE 19899
Attorney for Defendant RE/MAX Realty Group


Carol J. Antoff, Esquire
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713
Attorney for Defendant Bella Vista Townhome Condominium Association, Inc.