# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | C.A. No.: 06-188-GMS |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | |
| Defendants. | |

## NOTICE OF VIDEO DEPOSITION

TO:  Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Ste. 904
P.O. Box 1351
Wilmington, DE 19899

Roger A. Akin, Esquire
1220 N. Market Street, Ste. 300
P.O. Box 25047
Wilmington, DE 19899

Stephen Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Ste. 200
P.O. Box 1276
Wilmington, DE 19899

Corbett & Wilcox
Court Reporting
230 North Market Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the video deposition of

Dr. Robert Steele of First State Orthopaedics on **Friday, October 19, 2007 at 5:00 p.m.** at the

Medical Arts Pavilion, 4745 Ogletown-Stanton Road, Suite 225, Newark, DE 19713-1338.

DOROSHOW, PASQUALE
KRAWITZ & BHAYA


/s/ JENNIFER S. DONAHUE, ESQUIRE
Attorney I.D. 4700
213 E. Dupont Highway
Millsboro, Delaware 19966
(302) 934-9400
Attorney for Plaintiff

DATED: August 21, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | C.A. No.: 06-188-GMS |
| Plaintiff, | |
| | JURY TRIAL DEMANDED |
| v. | |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RE/MAX REALTY GROUP, a Delaware franchise, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be mailed two (2) copies of the foregoing Notice of Video Deposition this 21st day of August 2007 to:

Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Ste. 904
P.O. Box 1351
Wilmington, DE 19899

Roger A. Akin, Esquire
1220 N. Market Street, Ste. 300
P.O. Box 25047
Wilmington, DE 19899

Stephen Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Ste. 200
P.O. Box 1276
Wilmington, DE 19899

Corbett & Wilcox
Court Reporting
230 North Market Street
Wilmington, DE 19801

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

/s/ JENNIFER S. DONAHUE, ESQUIRE
Attorney I.D. 4700
213 E. Dupont Highway
Millsboro, Delaware 19966
(302) 934-9400
Attorney for Plaintiff

DATED: August 21, 2007