**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SANDRA E. FLUCK, an individual,    )
                                          )      C.A. No. 06-188
            Plaintiff,          )
    v.                                )
                                          )
                                          )
HOENEN & MITCHELL, INC., a Delaware)
corporation, BELLA VISTA          )      JURY TRIAL DEMANDED
DEVELOPMENT, LLC, a Virginia     )
corporation, BELLA VISTA TOWNHOME )
CONDOMINIUM ASSOCIATION, INC., a  )
Delaware Corporation, RE/MAX REALTY )
GROUP, a Delaware franchise,      )
WILLIAM J. MITCHELL, individually,   )
and WAYNE MITCHELL, individually,   )
                                          )
          Defendants.        )

**DEFENDANT BELLA VISTA DEVELOPMENT, LLC'S
JOINDER IN MOTION IN LIMINE OF DEFENDANT RESORT REALTY CORP., INC.**

      The defendant Bella Vista Development, LLC hereby joins in the Motion in Limine filed by

Realty Group, Inc., to exclude testimony of plaintiff's expert and testimony concerning changing

of the step after the accident.  Defendant Bella Vista Development adopts the brief filed by the

defendant Resort Realty Group.

                                       CASARINO, CHRISTMAN & SHALK

                                        /s/ Stephen P. Casarino
                                    STEPHEN P. CASARINO, ESQ
                                    I.D. No. 174
                                    800 N. King Street, Suite 200
                                    Wilmington, DE 19899-1276
                                    (302) 594-4500
                                    Attorney for the Defendant Bella Vista
                                    Development, LLC and Wayne Mitchell

DATED: September 10, 2007

## CERTIFICATE OF SERVICE

I, Stephen P. Casarino, Esq., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 10th day of September, 2007, a true and correct copy of the attached Joinder of Motion in Limine addressed to:

Jennifer S. Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East DuPont Highway
Millsboro, DE 19966

Carol J. Antoff, Esquire
Law Office of Cynthia G. Beam
131 Continental Drive, Suite 407
Newark, DE 19713

Roger A. Akin, Esquire
Akin & Herron, P.A.
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

CASARINO, CHRISTMAN & SHALK

  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant Bella Vista Development, LLC