IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA F. FLUCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-188-GMS |
| ) | |
| HOENEN & MITCHELL, INC., a ) | JURY TRIAL DEMANDED |
| Delaware corporation, BELLA ) | |
| VISTA DEVELOPMENT, LLC a ) | |
| Virginia corporation, BELLA ) | |
| VISTA TOWNHOME CONDOMINIUM ) | |
| ASSOCIATION, INC., a Delaware ) | |
| Corporation, RE/MAX REALTY ) | |
| GROUP, a Delaware Franchise, ) | |
| WILLIAM J. MITCHELL, ) | |
| individually, and ) | |
| WAYNE MITCHELL, individually, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT WILLIAM J. MITCHELL'S JOINDER IN MOTION IN LIMINE
OF DEFENDANT RESORT REALTY CORP., INC.**

Defendant William J. Mitchell hereby joins in the Motion in Limine filed by Resort Realty Group, Inc., to exclude certain testimony of plaintiff's expert and to preclude testimony concerning alteration of the relevant premises subsequent to plaintiff's accident. Defendant William J. Mitchell hereby adopts the brief and arguments filed by the defendant Resort Realty Group.

**AKIN & HERRON, P.A.**

/s/ Roger A. Akin
Roger A. Akin, I.D. No. 395
1500 Shallcross Avenue, Suite 1-A
Wilmington, DE 19806
(302) 427-6989
Attorneys for Defendant
William J. Mitchell

Date: September 12, 2007
H:\tmw5\data\files\Docs\3651.049\MOT\8604.wpd

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SANDRA F. FLUCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-188-GMS |
| | ) | |
| HOENEN & MITCHELL, INC., a | ) | JURY TRIAL DEMANDED |
| Delaware corporation, BELLA | ) | |
| VISTA DEVELOPMENT, LLC a | ) | |
| Virginia corporation, BELLA | ) | |
| VISTA TOWNHOME CONDOMINIUM | ) | |
| ASSOCIATION, INC., a Delaware | ) | |
| Corporation, RE/MAX REALTY | ) | |
| GROUP, a Delaware Franchise, | ) | |
| WILLIAM J. MITCHELL, | ) | |
| individually, and | ) | |
| WAYNE MITCHELL, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12<u>th</u> day of September, 2007, a copy of **DEFENDANT WILLIAM J. MITCHELL'S JOINDER OF MOTION IN LIMINE OF DEFENDANT RESORT REALTY CORP, INC.** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to attorneys listed below:

Andrea G. Green, Esquire
Jennifer Susan Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East Dupont Highway
Millsboro, DE 19966

Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Carol J. Antoff, Esquire
Law Office of Cynthia G. Beam
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713-4301

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899

                                                 **AKIN & HERRON, P.A.**

                                                 <u>/s/ Roger A. Akin</u>
                                                 Roger A. Akin, I.D. No. 395
                                                 1500 Shallcross Avenue
                                                 Suite 1-A
                                                 Wilmington, DE 19806
                                                 (302) 427-6989
                                                 Attorneys for Defendant
                                                 William J. Mitchell

H:\tmw5\data\files\Docs\3651.049\COS\8605.WPD