IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK,<br><br>    Plaintiff,<br><br>    v.<br><br>BELLA VISTA DEVELOPMENT, LLC,<br>a Virginia corporation, BELLA VISTA<br>TOWNHOME CONDOMINIUM<br>ASSOCIATION, INC., a Delaware<br>Corporation, RESORT REALTY GROUP,<br>INC., a Delaware corporation, WILLIAM J.<br>MITCHELL, individually, and WAYNE<br>MITCHELL, individually,<br><br>    Defendants. | C. A. No. 06-188-GMS<br><br>TRIAL BY A JURY DEMANDED |

**DEFENDANT RESORT REALTY GROUP, INC.'S MOTION TO ENLARGE**

Defendant Resort Realty Group (Defendant Resort), by and through its undersigned counsel, hereby moves this Court for an Order enlarging the length of its Reply Brief in support of its motion in limine, and in support thereof states the following:

1. On September 6, 2007, Defendant Resort filed a motion in limine seeking to exclude two types of evidence: (1) portions of the testimony of Lawrence C. Dinoff; and, (2) testimony relating to the replacement of the paver step at Unit 5 of Building A (hereinafter "the paver step") subsequent to the Plaintiff's alleged injuries.

2. On Thursday, September 13, 2007, Plaintiff filed her Response to Defendant Resort's motion in limine.

3. In her Response, Plaintiff cited several new cases that Defendant Resort must address in its Reply. Due to the additional arguments presented in Plaintiff's Response, Defendant Resort

has been unable to meet the three page limit for Reply briefs in support of motions in limine, and respectfully requests that the Court extend the page limit for Resort's reply Brief to 5 pages. Defendant Resort respectfully submits that such an extension would be in keeping with the spirit of the three-page limit, as the motion in limine at issue deals with two separate types of evidence that could have each been the subject of its own motion.

    WHEREFORE, Defendant Resort Realty Group, Inc respectfully requests that the length of the aforementioned Reply be enlarged to five pages.

                            FERRY, JOSEPH & PEARCE, P.A.

                            /s/Robert K. Pearce
                            ROBERT K. PEARCE, ESQ. (I.D. No. 191)
                            THOMAS R. RIGGS, ESQ. (I.D. No. 4631)
                            824 Market Street, Suite 904
                            Wilmington, DE 19899
                            (302) 575-1555
                            rpearce@ferryjoseph.com
                            Attorneys for Defendant
                            Resort Realty Group, Inc.

Dated: September 20, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA E. FLUCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 06-188-GMS |
| v. | ) | |
| | ) | |
| BELLA VISTA DEVELOPMENT, LLC, | ) | |
| a Virginia corporation, BELLA VISTA | ) | TRIAL BY A JURY DEMANDED |
| TOWNHOME CONDOMINIUM | ) | |
| ASSOCIATION, INC., a Delaware | ) | |
| Corporation, RESORT REALTY GROUP, | ) | |
| INC.,a Delaware corporation, WILLIAM J. | ) | |
| MITCHELL, individually, and WAYNE | ) | |
| MITCHELL, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, TO-WIT, this _____ day of _____, 2007, the foregoing Motion to Enlarge having been presented to and considered by the Court,

IT IS HEREBY ORDERED that the motion is GRANTED, and Defendant Resort Realty Group, Inc. is hereby given leave to expand the length of its Reply Brief in Support of its Motion in Limine to five pages

_____
The Honorable Gregory M. Sleet
United States District Court Judge

## CERTIFICATE OF SERVICE

    I, Robert K. Pearce, Esquire do hereby certify that on September 20, 2007 I electronically filed the foregoing *Defendant Resort Realty Group, Inc.'s Motion to Enlarge* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jennifer S. Donahue, Esquire
Andrea G. Green, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 E. DuPont Highway
Millsboro, DE 19966

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street
Wilmington, DE 19801

Roger A. Akin, Esquire
Akin & Herron, P.A.
1500 Shallcross Avenue
Suite 1-A
Wilmington, DE 19806

Carol J. Antoff, Esquire
Christiana Executive Campus
131 Continental Drive, Suite 407
Newark, DE 19713

                                                    /s/Robert K. Pearce
                                                    ROBERT K. PEARCE, ESQUIRE
                                                    I.D. No. 191

Dated: September 20, 2007