# FERRY, JOSEPH & PEARCE, P.A.
### ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

PHONE (302) 575-1555
FAX (302) 575-1714

SUSSEX COUNTY OFFICE
215 E. MARKET STREET
GEORGETOWN, DE 19947

PHONE (302) 856-3706
FAX (302) 856-3708

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER +
THOMAS R. RIGGS

( * ALSO PA BAR)
( + ALSO NJ BAR)
( ** ALSO FL, MA AND NY BARS)

www.ferryjoseph.com

THOMAS HERLIHY, III
OF COUNSEL

ARTHUR F. DISABATINO
(1962-2001)

September 21, 2007

<u>Via E-File</u>
Jennifer S. Donahue, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 E. DuPont Highway
Millsboro, DE 19966

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P. O. Box 1276
Wilmington, DE 19899

Roger A. Akin, Esquire
Akin & Herron, P.A.
1500 Shallcross Avenue, Suite 1-A
Wilmington, DE 19806

Re: <u>Fluck v. Resort Realty Group, et. al.</u>
C. A. No. 06-188 GMS

Dear Counsel:

Enclosed please find the jury instructions and jury verdict form that I intend to file in this matter. Please advise me as soon as possible if you have any objections.

Sincerely,
/s/Robert K. Pearce
Robert K. Pearce

RKP/mec

Enclosures