...

**Law Offices**
**DOROSHOW PASQUALE KRAWITZ & BHAYA**
Est. 1978

October 8, 2007

ERIC M. DOROSHOW, DE, PA, DC
ROBERT PASQUALE, DE, PA
ARTHUR M. KRAWITZ, DE, PA
SHAKUNTLA L. BHAYA, DE, PA
DONALD E. GREGORY, DE
DEBRA C. ALDRICH, DE, PA
DONALD E. MARSTON, DE
ANDREA G. GREEN, DE, MD
JESSICA LEWIS WELCH, DE

· · · · ·

ANGELA PINTO ROSS, DE
KAREN Y. VICKS, DE, NJ, PA
MATTHEW R. FOGG, DE, NJ
CYNTHIA H. PRUITT, DE
NINA PAPPOULIS, DE
TARA A. BLAKELY, DE
JENNIFER S. DONAHUE, DE, NJ
DEBORAH J. GALONSKY, DE, NJ
TARA E. BUSTARD, DE, NJ, PA
NICOLE M. EVANS, DE

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9883

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S. DuPont Highway
P.O. Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W. Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E. DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-7744
Facsimile: (302) 424-1176

World Wide Web
www.dplaw.com

**PLEASE RESPOND TO:**

213 E. Dupont Highway
Millsboro, DE 19966
(302) 934-9400

Writer's Direct E-Mail:
AndreaGreen@dplaw.com

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

RE: *Fluck v. Bella Vista, et. al.*
Docket No. 1:06-CV-188 GMS

Dear Judge Sleet:

Please be advised that the parties in the above-referenced matter were successful in reaching a resolution at the mediation hearing on October 4, 2007.

Plaintiff will forward a Stipulation of Dismissal to the Court once it is fully executed by all counsel.

Should you need any further information, please do not hesitate to contact me. Thank you.

Respectfully,

/s/ ANDREA G. GREEN
Attorney I.D. 2487
/s/ JENNIFER S. DONAHUE
Attorney I.D. 4700

AGG/jsd
cc: Robert K. Pearce, Esquire (via electronic filing)
Roger A. Akin, Esquire (via electronic filing)
Stephen Casarino, Esquire (via electronic filing)
Sandra Fluck