IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA E. FLUCK, an individual, | C.A. No.: 06-188-GMS |
| Plaintiff, | |
| v. | **JURY DEMAND** |
| BELLA VISTA DEVELOPMENT, LLC, a Virginia corporation, BELLA VISTA TOWNHOME CONDOMINIUM ASSOCIATION, INC., a Delaware corporation, RESORT REALTY GROUP, INC., a Delaware corporation, WILLIAM J. MITCHELL, individually, and WAYNE MITCHELL, individually, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the undersigned Parties, by and through their respective counsel, that the above-captioned matter shall be dismissed, with prejudice.

/s/ Andrea G. Green
Andrea G. Green, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 E. Dupont Highway
Millsboro, Delaware 19966
Attorney for Plaintiff Sandra Fluck

/s/ Stephen P. Casarino
Stephen P. Casarino, Esquire
Casarino, Christman and Shalk, PA
800 N. King Street, Suite 200
Wilmington, Delaware 19899
Attorney for Defendant Bella Vista Development and Wayne Mitchell

/s/ Roger A. Akin
Roger A. Akin, Esquire
Akin & Herron, PA
1500 Shallcross Avenue, Suite 1-A
Wilmington, Delaware 19806
Attorney for Defendant William Mitchell

/s/ Robert K. Pearce
Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, PA
824 N. Market Street, Suite 904
Wilmington, Delaware 19899
Attorney for Defendant Resort Realty Group, Inc.

IT IS SO ORDERED this _____ day of _____, 2007.

_____
Judge Gregory M. Sleet

Doroshow, Pasquale,
Krawitz & Bhaya
213 E. DuPont Highway
Millsboro, Delaware 19966
302-934-9400